UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Lenore I. Horne,<br><br>Plaintiff,<br><br>v.<br><br>Southern Union Company, et al.<br><br>Defendants. | C.A. No. 04-434S |

**AMENDED PRETRIAL ORDER**

(Civil Case)

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, it is ordered that:

1. Fact Discovery Closure. All factual discovery will be closed by November 17, 2005.

2. Dispositive Motions. Dispositive motions shall be filed by November 30, 2005. Prior to filing a motion for summary judgment, counsel must request a conference with the Court. Counsel should note the requirements of Local Rule 12.1 with respect to motions for summary judgment.

3. Pretrial Memoranda. Counsel shall present by 30 days after a decision on any dispositive motions, or if no dispositive

motions are filed, by December 31, 2005.

By Order

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 6/22/05