UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
JUN 20 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

LYNORE I. HORN,

Plaintiff,

v.

SOUTHERN UNION COMPANY AND
NEW ENGLAND GAS COMPANY,

Defendants.

C.A. No.: 04-434S

**ORDER**

This matter came before the Court on the Defendants' Motion to Compel Discovery Responses. The parties having agreed to entry of this order, the Court hereby orders that by June 30, 2005, the plaintiff shall:

1. Supplement her Answers to interrogatories numbered 3, 4, and 5 of Defendants' First Set of Interrogatories to Plaintiff;
2. Supplement her responses to request number 9 of Defendants' First Request For Production of Documents to Plaintiff; and
3. Produce copies of the audiotapes made by the Plaintiff.

IT IS SO ORDERED

Lincoln D. Almond
United States Magistrate Judge

Date: 6/22/05