UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LYNORE I. HORN,<br>Plaintiff,<br>v.<br>SOUTHERN UNION COMPANY, et al,<br>Defendants. | C.A. NO. 04-434-S |

**NOTICE TO TAKE DEPOSITION**

PLEASE TAKE NOTICE that on ***September 19, 2005 at 10:00 a.m.*** at the offices of Holland & Knight LLP, One Financial Plaza, Suite 1800, Providence, Rhode Island and continuing from day-to-day until completed, Defendants will take the deposition upon oral examination of ***Lynore Horn*** before a duly qualified Notary Public or other officer qualified to administer oaths. This deposition will be taken pursuant to Fed. R. Civ. P. 30, and will be recorded by stenographic means.

DEFENDANT,
SOUTHERN UNION COMPANY,

By its attorney,

HOLLAND & KNIGHT LLP

Neal J. McNamara, Esq. (#4249)
One Financial Plaza – Suite 1800
Providence, RI 02903
Tel. (401) 751-8500
Fax. (401) 553-6850

Dated: August 25, 2005

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 29TH day of August, 2005 a copy of the foregoing was mailed and faxed to: Patricia E. Andrews, Esq. and Carly B. Iafrate, Esq., 170 Westminster Street, Suite 601, Providence, RI 02903.

# 3176627_v1