UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
SEP 21 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**LYNORE HORN,**

**Plaintiff,**

**v.** **C.A. No. 04-434S**

**SOUTHERN UNION CO., et al.,**
**Defendants.**

9/21/05: GRANTED
USMJ

## PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT

Plaintiff, Lynore Horn ("Plaintiff"), moves the Court for relief from Amended General Order #2002-01 to permit Plaintiff to file exhibits in excess of ten pages in support of each of her two forthcoming motions - Plaintiff's Motion to Compel Defendant's Further Responses to Plaintiff's Request for Production of Documents and Plaintiff's Motion to Compel Defendant's Further Answers to Interrogatories. Plaintiff seeks to file a copy of her First Set of Interrogatories and First Request for Production of Documents, as well as a copy of Defendant's Objections and Responses.

Plaintiff avers that it is reasonable necessary for the Court to have access to this information in order to rule on the Motions. Plaintiff respectfully asks the Court to grant its Motion to Exceed Page Limit.

Referred to U.S.M. Almond
☐ for findings & recommendations
☑ for determination
☐ ______
William E. Smith, U.S. District Judge
Date 9/21/05

Plaintiff,
By her attorneys,

Patricia E. Andrews, #4321
Carly Beauvais Iafrate, #6343
170 Westminster Street, Suite 601
Providence, RI 02903
(401) 421-0966
(401) 351-4802 (fax)

**CERTIFICATION**

I hereby certify that a copy of the within document has been sent by first-class mail on the 20th day of September 2005, to Neal McNamara, Esq., and Robert Crohan, Esq., Holland & Knight, LLP, One Financial Plaza, Providence, RI 02903.