A. When all the various classifications were eliminated and the position of facility maintenance person was completed, everyone started at the same rate.
Q. So the people who were doing cleaning and became facility maintenance persons were making the same as those who had been doing building maintenance and were now facility maintenance persons?
A. Let me restate that. I misspoke. The building cleaners, when they became facility maintenance persons, started at the lowest pay rate in that classification that was created. The maintenance persons, who were already in the maintenance position doing maintenance work, started at the higher rate because of their experience.
Q. And are you saying that anyone who was hired from the outside to become a facility maintenance person, what pay scale would they be hired at, the lowest?
A. I don't think that would be the case, being new to the department. Let me restate that, as well. If proof could be shown that they had done similar type of maintenance work on the



outside prior to coming to the department, then they, like the other maintenance person who showed similar experience and talents, they may have started on a higher scale rather than on the lowest scale.
Q. Did you factor in, or did the gas company factor in that female cleaners had been working as cleaners in determining their pay rate when they became facility maintenance people?
MR. MCNAMARA: Objection.
Q. Strike that. Did you ever actively seek to hire females to work as facility maintenance persons or building maintenance persons?
MR. MCNAMARA: Objection.
A. No.
Q. Why is that?
A. The people that were hired in my department, they either bid into the department or were hired from the outside. I had no say into who was being hired, male or female.
Q. I thought you said you interviewed and recommended?
A. I did, but I didn't ask -- if I understand your question -- I didn't ask that a male or female be sent.



Q. Did you ever recommend that a female be hired as a building maintenance person or a facility maintenance person?
MR. MCNAMARA: Objection.
A. Yes.
Q. Who did you recommend?
A. Sue Green. Let me clarify that, as well. I did not recommend her. She was bumped out of the Newport position. And the only opening at the time, if I remember correctly, is that she bumped into the maintenance department.
Q. So you didn't recommend her?
A. No.
Q. Did you ever express an opinion about females working as building or maintenance persons or facility maintenance persons?
MR. MCNAMARA: Objection.
Q. Did you ever express to any person how you felt about females working in the maintenance positions as opposed to the cleaning position?
MR. MCNAMARA: Objection.
A. No.
Q. So you remained in the last position that we talked about until you retired; correct?
A. That's correct.



Q. Tell me, sir, the females with whom you have worked?
THE WITNESS: In my department?
MS. ANDREWS: Yes.
A. Lynore Horn, Christine Stamp, Carol Petrarca, Sue Green, Anna Collins, Rose Norton. I'm sorry. I'm going back to the building maintenance. That's all I can remember.
Q. Are you aware -- strike that. And all of these individuals, with the exception of Rose Norton, were facility maintenance persons when you worked with them?
A. That's correct.
Q. Tell me what kind of a worker Lynore Horn is?
MR. MCNAMARA: Objection.
Q. How would you evaluate the manner in which she performed her job?
A. I'd say she was adequate at times, and inadequate at times.
Q. Anything else you want to add?
A. No.
Q. Why do you say that she was inadequate at times?
A. She didn't follow instructions well. She did not have an inadequate, or a good understanding, on mechanicals. I guess that's

it.
Q. What about Carol Petrarca. How would you evaluate her manner in which she performed her duties?
A. I would say she was adequate at times, as well as inadequate at other times.
Q. What about Christine Stamp?
A. I would say she was adequate at times and she was also inadequate at times.
Q. What about Sue Green?
A. Sue Green was a good worker, was a self-starter, had good mechanical abilities.
Q. Anything else?
A. No.
Q. Was she inadequate at times?
A. She was inadequate at times, but less so than the three previous persons we just mentioned.
Q. But she was obviously inadequate at times?
A. Yes.
Q. What about Anna Collins?
A. Anna Collins was a good building cleaner.
Q. Was she ever a facility maintenance person?
A. Yes, she was.
Q. How was she in that regard?



A. She was inadequate.
Q. And Rose Norton was never a facility maintenance person?
A. That's correct.
Q. You worked with Jerry Porter?
A. That's correct.
Q. Did you ever smell alcohol on his breath at work?
A. No.
Q. Did you ever hear anyone say that they smelled alcohol on his breath at work?
MR. MCNAMARA: Objection.
A. No.
Q. Did you ever suspect that he had a drinking problem?
MR. MCNAMARA: Objection.
A. I didn't know that he had -- let me rephrase that. No.
Q. Did you ever hear that he was leaving work during his shift to go drink alcohol?
A. No.
Q. You never heard that?
A. No.
Q. You never heard that people had to cover for him, that people were making excuses for him?



MR. MCNAMARA: Objection.
A. No.
Q. Did you ever hear that he had ceased drinking alcohol, he stopped drinking alcohol?
A. Yes.
Q. When did you hear that?
A. I don't remember the time frame. I don't recall when I knew that.
Q. What did you learn?
A. That he called me one day while he was not at work and asked me to come to a bar to pick him up. And I went to that bar and drove him home. With me was Leslie Wortman, and we took him home. And the next time he came to work, he made us aware of his drinking problem. And he was told that if it continued and affected his work, that disciplinary action would have to take place.
Q. And when he called you to pick him up, was he supposed to be working?
A. No.
Q. Do you know why he called you?
A. Because we're friends.
Q. So you were friends with him as of that time?
A. We'd always been friends.



Q. How long did you know Jerry Porter?
A. Since the day I hired him.
Q. So you became friends with him on the job?
A. That's correct.
Q. And prior to that conversation in which he asked you to pick him up at the bar, are you telling me that you had no idea that he had any kind of a drinking problem?
A. I had no direct knowledge; that's correct.
Q. Did you have any idea at all? I didn't ask about direct knowledge.
MR. MCNAMARA: Objection.
A. No.
Q. Prior to that, you never suspected that he had a drinking problem?
MR. MCNAMARA: Objection.
A. No.
Q. And prior to that, you never heard from any source that he might have had a drinking problem?
MR. MCNAMARA: Objection.
A. Not that I recall.
Q. Is it possible that you heard from any source that he had a drinking problem before that phone call?

A. No.
Q. And you're telling me that you never heard anyone say that they suspected that he smelled of alcohol while he was at work?
MR. MCNAMARA: Objection.
A. No.
Q. Tell me what kind of worker -- strike that. Tell me how you would evaluate Jerry Porter's job performance?
A. Very adequate worker, well-versed in mechanicals, self-starter. I guess that's it.
Q. Did you ever have occasion to criticize his work?
A. Yes.
Q. How often did you do that?
A. I don't have a number.
Q. Was it one time, two times?
A. I don't have a number. He worked there several years, so I can't give you a number as to how many times I may have corrected him in something he did.
Q. Was that because there were so many times that you had to?
A. No.
MR. MCNAMARA: Objection.



Q. Do you think it was a hundred times that you had to correct something that he was doing?
A. No.
Q. Fifty?
A. I can't give you a number.
Q. Did you criticize his work more or less than you criticized Lynore Horn's work?
A. Again, I don't have a number for him, so I don't have a number for her.
Q. Well, irrespective of numbers, do you know if you criticized Lynore Horn more or less than you criticized Jerry Porter's work?
A. I think because of his abilities and his work ethics, that he required less criticism than Lynore Horn.
Q. And would your answer be the same for Christine Stamp?
A. Yes.
Q. And for Carol Petrarca?
A. Yes.
Q. And for Anna Collins?
A. Yes.
Q. And for Sue Green?
A. They were both excellent workers, so I don't know if I criticized her more than him or him



more than her. I don't remember.
MR. MCNAMARA: Can we take a break?
MS. ANDREWS: Sure.
(OFF THE RECORD)
Q. Tell me, sir, obviously you worked at other places before the Providence Gas Company?
A. That's correct.
Q. Where did you work before that?
A. Mostly in construction.
Q. What construction company?
A. I worked for my brother a number of years; Oscar Bolduc.
Q. Is that the name of the company?
A. That was my brother's name. He's no longer working.
Q. So you worked for him quite some time?
A. Yeah.
Q. Where else did you work?
A. It was in East Providence, because I worked at two or three construction companies and moved around to different companies.
Q. What's the name of the place in East Providence that you worked at?
A. I can't remember the name of it. It's over 40 years ago.



Q. Can you remember any place that you say you worked at before the Providence Gas Company?
A. One of my first jobs, Phillip Braid Company.
Q. Any place else?
A. I went in the Navy, came out, and I worked for that place in East Providence. I came out and worked for my brother, then I went to the gas company.
Q. Well, maybe after the break, you'll remember it.
A. Right. Maybe it will come back to me.
Q. Prior to the time that you went to the Providence Gas Company, had you ever received any training in sexual harassment?
THE WITNESS: Prior to the gas company?
MS. ANDREWS: Yes.
A. No.
Q. And when you got to the gas company, did you receive any training in sexual harassment?
A. Yes.
Q. How many times?
A. I remember two all-day seminars. It was a companywide seminar for management personnel designed specifically for prevention of sexual harassment, what the law and what the gas

so when you say, "What was your reaction," I don't remember what my reactions were to the various issues.
Q. Okay. We've gotten away from the reaction thing. Now I'm to asking you a more specific question. My question to you is, when any of these excerpts were being read to you, were you thinking to yourself, that is a lie?
MR. MCNAMARA: Objection.
A. I don't know if it was a lie or not. How would I know that.
Q. So you weren't thinking that any of these entries that were read to you were a lie?
MR. MCNAMARA: Objection.
A. I don't know if they were or not.
Q. Tell me, sir, prior to your meeting with Mr. McNamara, did you know that Lynore Horn was claiming that she was discriminated against or subjected to harassment while working at the Providence Gas Company?
A. Yes.
Q. When I use the term, "Providence Gas Company," I'm including all of the entities that later took over the gas company.
A. Yes, I do.



Q. So we're just going to call it the gas company. So before that meeting with Mr. McNamara, you knew that Lynore Horn was claiming that she had been sexually harassed and/or discriminated while at the gas company; correct?
A. Yes.
Q. What did you know prior to the meeting with Mr. McNamara about her allegations?
MR. MCNAMARA: Objection. At what point?
MS. ANDREWS: At any point. Prior to the meeting he said that he knew that she was claiming that she was sexually harassed and/or discriminated against. I'm asking him what did he know about those two things.
MR. MCNAMARA: I'm just asking at what time frame?
MS. ANDREWS: At any time before.
A. Just one incident that she claimed harassment for claiming that I entered the women's locker room.
Q. So other than that, did you know anything at all about what Lynore Horn was claiming about her being harassed or discriminated against?
A. No.



Q. No one had ever questioned you about whether or not you knew anything about Lynore Horn, about being harassed, or being discriminated against?
A. No.
Q. Before the meeting with Mr. McNamara, when did you first learn that Lynore Horn was claiming that she had been harassed and/or discriminated against?
A. I don't have the specific time. This past summer.
Q. And how did you learn that?
A. I received a phone call.
Q. From whom?
A. From Bud Butler.
Q. And how long did you and Bud Butler talk?
A. Ten minutes, fifteen minutes.
Q. Could it have been longer?
MR. MCNAMARA: Objection.
A. Ten, fifteen minutes.
Q. What did Bud Butler tell you?
A. He informed me that Lynore Horn was suing the gas company and that I was named as one of the Defendants.
Q. I'm just looking for what words came out of his mouth that you recall?



A. I don't remember the specific words.
Q. What do you remember him saying, conveying to you?
A. She was suing the gas company, and I would be called by Neal McNamara to set up an appointment and go over the case.
Q. And what did you say to Bud Butler?
A. Okay.
Q. Nothing else?
A. I didn't know anything about the indications and what was the specifics. I had no questions for him at that time.
Q. Did you ask him any questions at all?
A. Not that I recall.
Q. You can't recall anything that you said in response -- strike that. Are you saying that you didn't say anything at all in response to him, or are you saying you don't remember?
A. I don't remember what I said.
Q. Do you remember expressing to him, surprise?
A. I remember saying that I had retired, and therefore, I thought whatever happened with that case was over.
Q. Did you know that she had a case when he called you?

A. I'm talking about the case that I just told you about.
Q. You said that you told him, I thought that this case was over. What case were you referring to?
A. Me walking in the ladies' room, the locker room, I should say.
MR. MCNAMARA: Can we go off the record for a minute?
(OFF THE RECORD)
Q. While Mr. McNamara and I were out, did you have a discuss with any person in here?
A. No.
THE WITNESS: May I correct something.
MS. ANDREWS: Yes.
THE WITNESS: I think I misspoke. I don't think it was Lynore Horn that was part of that incident, the locker room incident.
Q. And you just remembered that on your own?
A. Yeah.
Q. Then prior to meeting with Mr. McNamara, did you know anything at all about any allegations that Lynore Horn was making regarding discrimination and/or harassment?
A. No.



Q. And that conversation with Bud Butler was not this summer, but the summer before, last summer?
A. Informing me of -- no, it was this summer.
Q. So it was last month?
A. Probably June.
Q. And Mr. Butler told you that you would probably be a witness in the case?
A. Yes.
Q. And you didn't ask him about what her allegations were?
A. I believe what he said to me was that Lynore Horn, Christine Stamp, and Carol Petrarca had brought suits against the gas company and that I would be called as a witness in those cases.
Q. And you're telling me that you never asked him about what those cases were about?
A. I knew about the Carol Petrarca and Christine Stamp issue.
Q. Did you ask him anything at all about Lynore Horn's issues?
A. Not that I recall.
Q. Did he ask you if you knew anything at all about Lynore Horn having problems on the job?
A. No.
Q. Are you aware of any incident involving a gun



being held to Lynore Horn's head at work?
A. No.
Q. Did you ever hear any allegations about a gun at Lynore Horn at work?
A. No.
Q. No one ever told you that she was alleging that a gun was held to her head?
A. No.
Q. Are you aware during the time that you worked for the gas company, sir, are you aware of anyone having a gun on the premises at work?
A. On what premise? I was responsible for all the properties.
Q. On any of the gas company properties?
A. No.
Q. Did you ever hear any allegations that there were guns on any of the properties?
A. Yes.
Q. What did you hear?
A. I don't recall the time frame, but I had heard that someone had a rifle at Dexter Street in their truck.
Q. And who supposedly had the rifle?
A. I don't know who.
Q. When did you hear that?



A. Many years ago.
Q. Are we talking while Lynore Horn was employed?
A. I don't remember. It was many years ago.
Q. Were you a supervisor at the time?
A. I was a supervisor in the office building at the time.
Q. And you heard this allegation. Did you do anything about it to find out if it was true?
A. I was not responsible for that facility.
Q. Did you report that to anyone?
A. No.
Q. Why didn't you report that?
A. I had no responsibilities at that facility at the time.
Q. Did you take the position while you were employed at Providence Gas that if you had no responsibility for something you didn't have to do anything about -- if you found out something, you didn't have to do anything about it?
MR. MCNAMARA: Objection.
A. No.
Q. You did not take that position?
A. No.
Q. Can you give me the date that you ceased working for the gas company?