FILED
OCT 31 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LYNORE I. HORN,
Plaintiff,

v.

SOUTHERN UNION COMPANY, et al.,
Defendants.

C.A. No. 04-434-S

## DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Defendants respectfully move for leave to file a Memorandum in Opposition to Plaintiff's Motion to Compel Defendants' Further Answers to Plaintiff's First Set of Interrogatories that exceeds the ten-page limit contained in Amended General Order #2002-01. In plaintiff's motion, she has contested the validity of objections and adequacy of answers to 20 of Defendants' interrogatory responses. Defendants state that in order to adequately address plaintiff's challenges, they require more than ten pages.

Wherefore, Defendants respectfully request that the Court grant them leave to file a memorandum of up to 20 pages in length.

11/2/05: GRANTED. USMJ

DEFENDANTS,
SOUTHERN UNION COMPANY and
NEW ENGLAND GAS COMPANY,
By their attorneys,

HOLLAND & KNIGHT LLP

Robert J. Crohan Jr.

Neal J. McNamara #4249
Robert J. Crohan Jr. #6516
One Financial Plaza – Suite 1800
Providence, RI 02903
Tel. (401) 751-8500
Fax. (401) 553-6850

Referred to U.S.M.J. Almond
☐ for findings & recommendation
☑ for determination
☐
William E. Smith, U.S. District Judge
Date 11/1/05