UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LYNORE I. HORN,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN UNION COMPANY and NEW ENGLAND GAS COMPANY,<br><br>Defendants. | C.A. No.: 04-434S |

**AMENDED ANSWER TO AMENDED COMPLAINT**

Defendants Southern Union Company and New England Gas Company ("Defendants") respond to the allegations set forth in the Amended Complaint as follows:

1-2. The allegations set forth in paragraphs 1 and 2 of the Complaint do not require a response.

3-4. Defendants admit the allegations set forth in paragraphs 3 and 4 of the Complaint.

5. Defendants admit the allegations set forth in paragraph 5 of the Complaint, but affirmatively state that New England Gas is the only division of Southern Union that does business in Rhode Island.

6-9. Defendants admit the allegations set forth in paragraphs 6, 7, 8, and 9 of the Complaint.

10-17. Defendants deny the allegations set forth in paragraphs 10, 11, 12, 13, 14, 15, 16 and 17 of the Complaint.

18. Defendants incorporate their answers to the allegations set forth in paragraphs 1 through 17 of the Complaint as if fully set forth herein.

19-21. Defendants deny the allegations set forth in paragraphs 19, 20, and 21 of the Complaint.

22. Defendants incorporate their responses to 1 through 17 as if fully set forth herein.

23-25. Defendants deny the allegations set forth in paragraphs 23, 24, and 25 of the Complaint.

26. Defendants incorporate their answers to the allegations set forth in paragraphs 1 through 17 of the Complaint as if fully set forth herein.

27-30. Defendants deny the allegations set forth in paragraphs 27, 28, 29 and 30 of the Complaint.

31. Defendants incorporate their answers to the allegations set forth in paragraphs 1 through 17 of the Complaint as if fully set forth herein.

32-33. Defendants deny the allegations set forth in paragraphs 32 and 33 of the Complaint.

34. Defendants incorporate their answers to the allegations set forth in paragraphs 1 through 17 of the Complaint as if fully set forth herein.

35-36. Defendants deny the allegations set forth in paragraphs 35 and 36 of the Complaint.

## First Defense

The Complaint fails to state a claim upon which relief may be granted.

## Second Defense

The Complaint is barred in whole or in part by the applicable statute of limitations.

Third Defense

Plaintiff's claims are barred in whole or in part because defendants exercised reasonable care to prevent and promptly correct any unlawful discrimination in the workplace and plaintiff unreasonably failed to take advantage of the preventive and corrective opportunities provided by defendants or to avoid harm otherwise.

Fourth Defense

Plaintiff's complaint is barred in whole or in part by the doctrine of laches.

Fifth Defense

Plaintiffs claims are barred in whole or in part by the equitable doctrines of waiver and estoppel.

Sixth Defense

Any unlawful discriminatory actions by plaintiff's managers were taken without knowledge that they were acting in violation of law and were contrary to Defendants' good-faith efforts to comply with the law.

Defendants,
SOUTHERN UNION COMPANY AND
NEW ENGLAND GAS COMPANY

By their Attorneys,

HOLLAND & KNIGHT LLP

______________________________

Neal J. McNamara, Esq. (#4249)
Robert J. Crohan Jr., Esq. (#6516)
One Financial Plaza, Suite 1800
Providence, Rhode Island 02903
(401) 751-8500
(401) 553-6850 (Facsimile)

CERTIFICATION

The undersigned hereby certifies that a true copy of the within Amended Answer to Amended Complaint was forwarded via first class mail, postage pre-paid, this _______ day of November, 2005 to:

Patricia E. Andrews, Esquire
Carly Beauvais Iafrate, Esquire
170 Westminster Street, Suite 601
Providence, RI 02903

_______________________________

# 3393027_v1