FILED
NOV 1 8 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LYNORE I. HORN,
Plaintiff,

v.

SOUTHERN UNION COMPANY and
NEW ENGLAND GAS COMPANY

Defendants.

C.A. No. 04-434-S

12/8/05: GRANTED ABSENT OPPOSITION. LOCAL RULE 12(a)(1)

**DEFENDANTS' MOTION FOR LEAVE TO AMEND ANSWER**

Defendants Southern Union Company and New England Gas Company, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, hereby request leave to amend their Answer to include two additional affirmative defenses. Attached hereto is the proposed Amended Answer to Amended Complaint, which incorporates the new defenses, Defendants' Fifth Defense and Sixth Defense. In support of this motion, Defendants rely upon the Memorandum submitted herewith.

Respectfully submitted,

DEFENDANTS,
SOUTHERN UNION COMPANY and
NEW ENGLAND GAS COMPANY,

By their attorneys,

HOLLAND & KNIGHT LLP

Robert J. Crohan Jr.

Neal J. McNamara #4249
Robert J. Crohan Jr. #6516
One Financial Plaza – Suite 1800
Providence, RI 02903
Tel. (401) 751-8500
Fax. (401) 553-6850

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☐ for determination
☐ ____________
William E. Smith, U.S. District Judge
Date: 12/8/05