**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LYNORE HORN,** **Plaintiff** | ) | |
| **vs.** | ) | **C.A. No.: 04-434S** |
| **SOUTHERN UNION COMPANY and NEW ENGLAND GAS COMPANY,** **Defendants** | ) | |

**MOTION TO WITHDRAW BY PLAINTIFF'S COUNSEL**

NOW COMES the undersigned counsel and requests the Court's permission to withdraw as Plaintiff's counsel. As grounds therefore, the undersigned avers that there has been a irreparable breakdown in communications. Discovery in this matter is not scheduled to close until February 17, 2006.

Wherefore, the undersigned counsel respectively requests that this motion be granted.

Respectfully submitted,
Counsel to Lynore I. Horn,

Patricia E. Andrews (CBE)

Patricia E. Andrews, #4321
Carly Beauvais Iafrate, #6343
170 Westminster St., Suite 601
Providence, RI 02903
(401) 421-0966

(401) 351-4802 (fax)

**CERTIFICATION**

I hereby certify that on the 12th day of December 2005 I mailed a copy of the within document to Neal J. McNamara, Esquire, Robert J. Crohan, Jr., Esquire, Holland & Knight LLP, One Financial Plaza, Suite 1800, Providence, Rhode Island 02903 and to Lynore Horn, P.O. Box No. 7578, Warwick, RI 02886, by both regular mail and certified mail, return-receipt requested.