UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LYNORE I. HORN,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN UNION COMPANY AND NEW ENGLAND GAS COMPANY,<br><br>Defendants. | C.A. No.: 04-434S |

**DEFENDANTS' MOTION TO COMPEL SUPPLEMENTAL DISCOVERY RESPONSES**

Defendants Southern Union Company and New England Gas Company move, pursuant to Rules 26(e) and 37 of the Federal Rules of Civil Procedure, for an order compelling the Plaintiff to supplement her document production. As grounds for this motion, Defendants state that the plaintiff in this employment discrimination action has failed to seasonably supplement her response to request number 9 of Defendants' First Request For Production of Documents to Plaintiff, in which Defendants requested that Plaintiff produce the following documents:

> 9. All physical and mental health records dating since January 1989, including but not limited to records, notes, memoranda, correspondence, tests, reports, and prescriptions, relating to counseling, diagnosis, testing, or treatment provided to you for any physical, mental psychiatric, psychological, or emotional injury or condition by any physical or mental health care provider, as well as any financial records, bills, invoices or other memoranda related thereto.

Following a motion to compel filed by Defendants, plaintiff was initially ordered to produce documents responsive to this request by June 30, 2005. See Docket Entry No. 21. Plaintiff thereafter produced records from a number of health care providers, including Dr. Robert Marzilli. The most recent records of Dr. Marzilli are from February 2005. Recently, at

the first session of her deposition, plaintiff testified that she has continued to see Dr. Marzilli. Moreover, it appears plaintiff has seen other health care providers since the documents responsive to request number 9 were initially produced.

Rule 26(e) of the Federal Rules of Civil Procedure requires parties to supplement discovery responses at appropriate intervals. Accord Local Rule 13(e). It has been approximately six months since the plaintiff produced health care records responsive to Defendants' discovery request. Despite a number of requests for updated records, plaintiff has not produced same. These records are relevant and material to the plaintiff's claims, and it is imperative that Defendants have these records prior to the continuation of plaintiff's deposition. Discovery is scheduled to close on February 17, 2005.

Counsel for the defendants certify that prior to filing this motion they made good faith efforts to obtain the requested discovery without Court action.

Wherefore, Defendants request an Order compelling the plaintiff to supplement her production of documents responsive to request number 9 of Defendant's First Request For Production of Document.

Defendants,
SOUTHERN UNION COMPANY and
NEW ENGLAND GAS COMPANY

By their Attorneys,

HOLLAND & KNIGHT LLP

Robert J. Crohan Jr.

Neal J. McNamara, Esq. (#4249)
Robert J. Crohan Jr., Esq. (#6516)
One Financial Plaza, Suite 1800
Providence, Rhode Island 02903
(401) 751-8500
(401) 553-6850 (Facsimile)

## CERTIFICATION

The undersigned hereby certifies that a true copy of the within document was served by U.S. Mail this 13th day of December, 2005 to:

Patricia E. Andrews, Esquire
Carly Beauvais Iafrate, Esquire
170 Westminster Street, Suite 601
Providence, RI 02903

Marilyn Lowely

# 3451240_v1