**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LYNORE HORN,** **Plaintiff** | ) | |
| **vs.** | ) | **C.A. No.: 04-434S** |
| **SOUTHERN UNION COMPANY and NEW ENGLAND GAS COMPANY,** **Defendants** | ) | |

**MOTION FOR EXPEDITED HEARING ON MOTION TO WITHDRAW BY PLAINTIFF'S COUNSEL**

NOW COMES the undersigned counsel and requests that the Court expedite the hearing on the Motion to Withdraw filed by Plaintiff's counsel on or about December 12, 2005. As grounds therefore, Plaintiff's counsel represents that discovery is scheduled to close on February 17, 2006. Plaintiff's counsel seeks to ensure that if the motion to withdraw is granted, that Plaintiff have sufficient time to secure successor counsel in light of discovery closure.

Wherefore, the undersigned counsel respectively requests that this motion be granted.

Respectfully submitted,
Counsel to Lynore I. Horn,

Patricia E. Andrews, #4321
Carly Beauvais Iafrate, #6343

170 Westminster St., Suite 601
Providence, RI 02903
(401) 421-0966
(401) 351-4802 (fax)

**CERTIFICATION**

I hereby certify that on the 14th day of December 2005 I mailed a copy of the within document to Neal J. McNamara, Esquire, Robert J. Crohan, Jr., Esquire, Holland & Knight LLP, One Financial Plaza, Suite 1800, Providence, Rhode Island 02903 and to Lynore Horn, P.O. Box No. 7578, Warwick, RI 02886, by both regular mail and certified mail, return-receipt requested.