**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **LYNORE HORN,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**SOUTHERN UNION COMPANY and NEW ENGLAND GAS COMPANY,**<br>**Defendants.** | **C.A. No. 04-434S** |

**PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION TO COMPEL SUPPLEMENTAL DISCOVERY RESPONSES**

Now comes the Plaintiff's counsel and on behalf of Plaintiff, Lynore Horn ("Plaintiff"), objects to the Motion to Compel Supplemental Discovery filed by the Defendants, Southern Union Company and New England Gas Company ("Defendants"). Plaintiff's counsel have filed a Motion to Withdraw from this case. Plaintiff's counsel are filing this objection to preserve the status quo.

Wherefore, Plaintiff respectfully requests that any decision on Defendants' motion be stayed pending the Court's decision on Plaintiff's counsel's motion to withdraw and/or Plaintiff obtaining successor counsel.

Counsel for Plaintiff,

Patricia E. Andrews, #4321
Carly Beauvais Iafrate, #6343
170 Westminster Street, #601
Providence, RI 02903
(401) 421-0966
(401) 351-4802 (fax)

**CERTIFICATION**

I hereby certify that a copy of the within document has been sent by first-class mail on the 19th day of December 2005, to:

Neal J. McNamara, Esq.
Robert Crohan, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

Lynore Horn
P.O. Box 7578
Warwick, RI 02888