UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
DEC 14 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

LYNORE HORN,
Plaintiff

vs.

SOUTHERN UNION COMPANY and NEW ENGLAND GAS COMPANY,
Defendants

C.A. No.: 04-434S

12/28/05: GRANTED. EXPEDITED HEARING HELD ON 12/28/05.

# MOTION FOR EXPEDITED HEARING ON MOTION TO WITHDRAW BY PLAINTIFF'S COUNSEL

NOW COMES the undersigned counsel and requests that the Court expedite the hearing on the Motion to Withdraw filed by Plaintiff's counsel on or about December 12, 2005. As grounds therefore, Plaintiff's counsel represents that discovery is scheduled to close on February 17, 2006. Plaintiff's counsel seeks to ensure that if the motion to withdraw is granted, that Plaintiff have sufficient time to secure successor counsel in light of discovery closure.

Wherefore, the undersigned counsel respectively requests that this motion be granted.

Respectfully submitted,
Counsel to Lynore I. Horn,

Patricia E. Andrews, #4321
Carly Beauvais Iafrate, #6343

Referred to U.S.M.J. Almond
☐ for findings & recommendation
☑ for determination
☐
William E. Smith, U.S. District Judge
Date: 12/19/05