UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
DEC 14 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

LYNORE I. HORN,

Plaintiff,

v.

SOUTHERN UNION COMPANY AND NEW ENGLAND GAS COMPANY,

Defendants.

C.A. No.: 04-434S

12/28/05: GRANTED. PLAINTIFF SHALL SUPPLEMENT HER RESPONSE BY 1/13/06.

## DEFENDANTS' MOTION TO COMPEL SUPPLEMENTAL DISCOVERY RESPONSES

Defendants Southern Union Company and New England Gas Company move, pursuant to Rules 26(e) and 37 of the Federal Rules of Civil Procedure, for an order compelling the Plaintiff to supplement her document production. As grounds for this motion, Defendants state that the plaintiff in this employment discrimination action has failed to seasonably supplement her response to request number 9 of Defendants' First Request For Production of Documents to Plaintiff, in which Defendants requested that Plaintiff produce the following documents:

> 9. All physical and mental health records dating since January 1989, including but not limited to records, notes, memoranda, correspondence, tests, reports, and prescriptions, relating to counseling, diagnosis, testing, or treatment provided to you for any physical, mental psychiatric, psychological, or emotional injury or condition by any physical or mental health care provider, as well as any financial records, bills, invoices or other memoranda related thereto.

Following a motion to compel filed by Defendants, plaintiff was initially ordered to produce documents responsive to this request by June 30, 2005. See Docket Entry No. 21. Plaintiff thereafter produced records from a number of health care providers, including Dr. Robert Marzilli. The most recent records of Dr. Marzilli are from February 2005. Recently, at