**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **LYNORE HORN,** **Plaintiff** vs. **SOUTHERN UNION COMPANY and NEW ENGLAND GAS COMPANY,** **Defendants** | **C.A. No.: 04-434S** |

**ASSENTED TO MOTION TO EXTEND DISCOVERY PERIOD**

Now comes the undersigned Plaintiff's counsel, and hereby move for an extension of time within which Plaintiff will have to complete discovery. In support of this motion, Plaintiff's counsel states that the discovery period is presently scheduled to close on February 17, 2005. Recently, Plaintiff's counsel filed a motion to withdraw their representation of the Plaintiff. That motion is pending before Magistrate Judge Lincoln Almond. Judge Almond has issued an order, dated December 28, 2005, which requires Plaintiff's counsel to make a joint in camera submission to assist the Court in deciding the motion to withdraw. The in camera submission is due on January 16. Thereafter, the Plaintiff will have an opportunity to respond. The Court has scheduled a hearing on January 30. In the meantime, Plaintiff's counsel are spending a significant amount of time preparing a response to the Order. In addition, Plaintiff's counsel are unable to

finish discovery on Plaintiff's behalf for the same reasons that they have filed the motion to withdraw.

Accordingly, Plaintiff's counsel respectfully requests that the discovery period be extended thirty (30) additional days. Defendants' counsel has no objection.

Wherefore, Plaintiff's counsel respectfully requests that this motion be granted.

Respectfully submitted,

Patricia E. Andrews, #4321
Carly Beauvais Iafrate, #6343
170 Westminster St., Suite 601
Providence, RI 02903
(401) 421-0966
(401) 351-4802 (fax)

**CERTIFICATION**

I hereby certify that on the 5th day of January 2006, I mailed a copy of the within document to Neal J. McNamara, Esquire, Robert J. Crohan, Jr., Esquire, Holland & Knight LLP, One Financial Plaza, Suite 1800, Providence, Rhode Island 02903 and to Lynore Horn, P.O. Box 7578, Warwick, RI 02886 by both regular mail and by certified mail, return-receipt requested.