UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LYNORE I. HORN | : | |
| | : | |
| v. | : | C.A. No. 04-434S |
| | : | |
| SOUTHERN UNION COMPANY and | : | |
| NEW ENGLAND GAS COMPANY | : | |

**MEMORANDUM AND ORDER**

Before the Court for determination is a Motion to Withdraw filed by Plaintiff's counsel on December 12, 2005. (Document No. 48). A hearing was held on December 28, 2005 at which the movants, Attorney Patricia E. Andrews and Attorney Carly Beauvais Iafrate, Plaintiff Lynore Horn, and Defendants' counsel appeared and were heard. The Motion to Withdraw was continued for a further hearing on January 30, 2006, and Plaintiff's counsel made an in camera submission to the Court on January 17, 2006, as directed by the Court.

In their in camera submission and also at the hearing, Plaintiff's counsel have represented to the Court that the Rhode Island Supreme Court Disciplinary Counsel has "unequivocally" advised them that withdrawal is required in this case and the related Petrarca and Stamp cases. This Court has no reason to doubt the accuracy of this representation. However, due to the seriousness of this matter, Plaintiff's counsel are ORDERED to immediately request that Disciplinary Counsel confirm in writing the conclusion that Plaintiff's counsel must withdraw from all three cases for ethical reasons and, if such written confirmation is obtained, to submit such confirmation to the Court for in camera review. Plaintiff's counsel shall make every reasonable effort to obtain and submit this confirmation to the Court on or prior to the January 30, 2006 hearing.

LINCOLN D. ALMOND
United States Magistrate Judge
January 18, 2006