AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF

## APPEARANCE

CASE NUMBER: 1:04-CV-00434S

To the Clerk of this court and all parties of record:

Enter my appearance [redacted]

Southern Union Gas VS

Lynore I. Horn

2/15/2006

Date

Signature

Lynore Horn. Pro SE.

Print Name

88 Alger Ave.

Address

E. Greenwich RI 02821

City State Zip Code

261-8874.

Phone Number