**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

DIST

| | | |
|---|---|---|
| **LYNORE HORN,** **Plaintiff** | ) | |
| **vs.** | ) | **C.A. No.: 04-434S** |
| **SOUTHERN UNION COMPANY and NEW ENGLAND GAS COMPANY,** **Defendants** | ) | |

I hereby move for an extension of time within which plaintiff will have to complete Discovery. In support of this motion, the plaintiff, Lynore Horn Pro se, states that the discovery period is presently scheduled to close on March 17, 2006: Dispositive motions By March 31, 2006.

Accordingly, Plaintiff Acting as Pro se counsel, respectfully requests that the Discovery period be extended sixty (60) additional days. This additional time is Requested after a motion to withdraw by Plaintiff's counsel was granted by the court. The Plaintiff, Lynore Horn Pro se, Needs time to familiarize herself with Federal court Rules and civil procedure, to finish depositions, and complete discovery.

Wherefore, Plaintiff pro se respectfully requests that this motion be granted.

Respectfully submitted

Lynore Horn Pro se Litigant
88 Alger Ave
East Greenwich RI 02821
(401)261-8874

CERTIFICATION

I hereby certify that on the 17th day of February 2006, I mailed a copy of the Within document to Neil J. McNamara, Esquire, Robert J. Corhan, Jr., Esquire, Holland & Knight LLP, One Financial Plaza, Suite 1800, Providence, Rhode Island 02903 and sent a document to the "Office of the Court "Fax # (401)752-7247