UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LYNORE I. HORN,

Plaintiff,

C.A. No. 04-434-S

v.

SOUTHERN UNION COMPANY, et al,

Defendants.

## NOTICE TO TAKE DEPOSITION

Please take notice that on Thursday , March 2nd 2006 at 9:30 a.m. at the Warwick Public Library ,600 Sandy Lane ,Warwick , Rhode Island . The Plaintiff Pro se will take the deposition upon oral examination of Steven Giarusso before a duly qualified Notary Public or other officer qualified to administer Oaths. This deposition will be taken pursuant to Fed.R.Civ.P.30, and will be recorded by stenographic means.

Plaintiff Pro Se
Lynore Horn

~~88~~ Alger Ave
East Greenwich RI. 02821
(401) 261-8874

Dated February 21, 2006

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 21 day of Febuary, 2006
A copy of the foregoing was mailed to and faxed to: Holland & Knight LLP
One Financial Plaza-Suite1800 Providence, RI 02903 Fax # 553-6850