UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LYNORE HORN | : | |
| | : | |
| v. | : | C.A. No. 04-434S |
| | : | |
| SOUTHERN UNION COMPANY and NEW ENGLAND GAS COMPANY | : | |

**ORDER**

Before this Court are Plaintiff's Motion to Compel Further Answers to Interrogatories, (Document No. 34), and Plaintiff's Motion to Compel Further Responses to Request for Production of Documents (Document No. 33). These Motions were filed on October 19, 2005, and referred for determination on November 4, 2005. 28 U.S.C. § 636(b)(1)(A); LR Cv 72(a).

On November 7, 2005, pursuant to Fed. R. Civ. P. 37(a)(2)(B) and Local Rule 13(d), this Court issued a Discovery Management Order (Document No. 42) directing Plaintiff's counsel and Defendants' counsel to meet face to face and to confer in good faith in an effort to resolve all of the disputes presented in these Discovery Motions (Document Nos. 33 and 34) and to later submit a joint report to the Court detailing the efforts to resolve each of the disputes (including the length of the meeting) and to advise the Court as to the remaining items (if any) in dispute after the meeting. The parties were directed to meet within ten days of the date of the order or at another mutually agreeable date. A similar order was also issued in the separate but somewhat related case of <u>Petrarca v. Southern Union Co.</u>, C.A. No. 04-310S. A joint report was submitted to the Court on February 6, 2006 in the <u>Petrarca</u> case which indicated that most of the disputes had been resolved and this Court then ruled on the remaining items in dispute.

No joint report was ever submitted in this case. In view of that fact and the fact that well over three months have elapsed since the parties were ordered to meet and confer, this Court concludes that the parties must have resolved their differences. Thus, Plaintiff's Motions to Compel (Document Nos. 33 and 34) are DENIED without prejudice to renewal as to any items remaining in dispute if this Court's conclusion is incorrect.

LINCOLN D. ALMOND
United States Magistrate Judge
February 27, 2006