UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LYNORE I. HORN,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN UNION COMPANY, et al,<br><br>Defendants. | C.A. No. 04-434-S |

**WITHDRAWAL OF APPEARANCE**

Robert J. Crohan Jr. hereby withdraws his appearance as co-counsel for the Defendants in this action. Lead counsel Neal J. McNamara, Esquire, will continue to represent the Defendants.

Robert J. Crohan Jr.

Robert J. Crohan Jr., Esq. (#6516)
HOLLAND & KNIGHT LLP
One Financial Plaza – Suite 1800
Providence, RI 02903
Tel. (401) 751-8500
Fax. (401) 553-6850

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 27th day of February, 2006 a copy of the foregoing was mailed to:

Lynore Horn
P.O. Box 7578
Warwick, RI 02887.

Michele Biagetti

# 3602796_v1