UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LYNORE I. HORN,

Plaintiff,

v.

SOUTHERN UNION COMPANY, et al,

Defendants.

C.A. No. 04-434-S

Notice To Take Deposition

Please take notice that on Thursday 9th 2006 at 9:30 am at the Office of Allied Court Reporters 115 Phenix Ave Cranston Rhode Island. The Plaintiff Pro se will take the deposition upon oral examination of Gary Sunday before a duly qualified Notary Public or other officer qualified to administer Oaths. This deposition Will be taken Pursuant to Fed.r.Civ.p.30, and will be recorded by Stenographic means.

Plaintiff Pro se
Lynore Horn
88 Alger Ave
East Greenwich, RI 02821
(401) 261-8874

Dated March 6th 2006

Certificate Of Service

The Undersigned hereby certifies that on the 6th day of March, 2006 A copy of the forgoing was mailed and faxed to: Nixon Peabody LLP, Attorney Neil McNamara, One Citizens Plaza, and Providence RI 02903, Fax # (401)454-1030