NIXON PEABODY LLP
ATTORNEYS AT LAW

Suite 500
One Citizens Plaza
Providence, Rhode Island 02903-1345
(401) 454-1000
Fax: (401) 454-1030
Direct Dial: (401) 454-1019
E-Mail: nmcnamara@nixonpeabody.com

March 6, 2006

The Honorable Lincoln D. Almond
United States Magistrate Judge
United States District Court
One Exchange Terrace
Providence, RI 02903

RE: Horn v. Southern Union Company et al.; C.A. No. 04-434S

Dear Judge Almond:

I am writing in regard to Your Honor's Order of February 27, 2006 regarding the discovery disputes in the above-referenced case. Enclosed please find a "Joint Report on Discovery Disputes." This report was prepared by plaintiff's former counsel and agreed upon by the parties just prior to the withdrawal of plaintiff's counsel. It was not submitted to the Court due to the withdrawal of plaintiff's counsel. The report accurately reflects which discovery disputes counsel were able to resolve and which require resolution by the Court.

Absent any objection from the plaintiff, the Defendants ask that the Court, consistent with the report, resolve the outstanding discovery disputes and enter an appropriate order.

Sincerely,

Neal J. McNamara

Enclosure
Cc: Lynore Horn
NJM/ml

3/9/06: DEFENDANTS' REQUEST IS DENIED. THE UNSIGNED AND UNDATED "JOINT REPORT" PREPARED BY PLAINTIFF'S FORMER COUNSEL IS REJECTED. THE COURT'S ORDER DATED 2/27/06 (DOC NO. 64) STANDS.
USMJ

P132308.1