3/17/06: GRANTED. DISCOVERY CLOSES 5/16/06; DISPOSITIVE MOTIONS DUE 5/30/06; AND PRETRIAL MEMOS DUE 6/16/06 IF NO DISPOSITIVE MOTIONS, OR WITHIN 30 DAYS OF A DECISION ON ANY DISPOSITIVE MOTIONS.

USMJ

# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

FILED
FEB 21 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **LYNORE HORN,** **Plaintiff**<br><br>**vs.**<br><br>**SOUTHERN UNION COMPANY and NEW ENGLAND GAS COMPANY,** **Defendants** | **C.A. No.: 04-434S** |

I hereby move for an extension of time within which plaintiff will have to complete Discovery. In support of this motion, the plaintiff, Lynore Horn Pro se, states that the discovery period is presently scheduled to close on March 17, 2006: Dispositive motions By March 31, 2006.

Accordingly, Plaintiff Acting as Pro se counsel, respectfully requests that the Discovery period be extended sixty (60) additional days. This additional time is Requested after a motion to withdraw by Plaintiff's counsel was granted by the court. The Plaintiff, Lynore Horn Pro se, Needs time to familiarize herself with Federal court Rules and civil procedure, to finish depositions, and complete discovery.

Referred to U.S.M.J.

3/16/06