UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LYNORE HORN,<br>Plaintiff,<br><br>v.<br><br>SOUTHERN UNION COMPANY AND<br>NEW ENGLAND GAS CO.<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 04-434 S |

**NOTICE OF DEPOSITION**

TO:

Lynore Horn, Pro Se
82 Alger Street
East Greenwich, RI 02821

Allied Court Reporters, Inc.
115 Phenix Avenue
Cranston, RI 02920

PLEASE TAKE NOTICE that on Monday, April 10, 2006 at 10:00 a.m. at the offices of Nixon Peabody LLP, One Citizens Plaza, Providence, RI 02903 and continuing from day to day until completed, Defendants will take the deposition of ***Lynore Horn*** before a duly qualified Notary Public or other officer qualified to administer oaths. This deposition will be taken pursuant to Fed. R. Civ. P. 30, and will be recorded by stenographic means.

Respectfully submitted,

SOUTHERN UNION CO. and
NEW ENGLAND GAS CO.

By its attorneys,

Neal J. McNamara (#4249)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (facsimile)

Dated: March 30 2006

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing NOTICE OF DEPOSITION was served on Lynore Horn, 88 Alger Avenue, East Greenwich, RI 02818 by first class mail this 30th day of March, 2006.

Marilyn Lonely

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LYNORE HORN,<br>Plaintiff,<br><br>v.<br><br>SOUTHERN UNION COMPANY AND<br>NEW ENGLAND GAS CO.<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 04-434 S |

**NOTICE OF DEPOSITION**

TO:

**Robert Marzilli, Ph. D.**
**1524 Atwood Avenue, Suite 433**
**Johnston, RI 02919**

**Allied Court Reporters, Inc.**
**115 Phenix Avenue**
**Cranston, RI 02920**

PLEASE TAKE NOTICE that on Friday, April 21, 2006 at the offices of Dr. Robert Marzilli, 1524 Atwood Avenue, Johnston, RI 02919 and continuing from day to day until completed, Defendants will take the deposition of Robert Marzilli, Ph.D. before a duly qualified Notary Public or other officer qualified to administer oaths. This deposition will be taken pursuant to Fed. R. Civ. P. 30, and will be recorded by stenographic means.

Respectfully submitted,

SOUTHERN UNION CO. and
NEW ENGLAND GAS CO.

By its attorneys,

Neal J. McNamara (#4249)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (facsimile)

Dated: March 29, 2006

P133104.1

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing NOTICE OF DEPOSITION was served on Lynore Horn, 88 Alger Avenue, East Greewnich, RI 02821 by first class mail this 30th day of March, 2006.

______________________