UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LYNORE HORN, Plaintiff | : | |
| v. | : | C.A. No. 04-434-S |
| SOUTHERN UNION CO. & NEW ENGLAND GAS CO., Defendants. | : | |

**DEFENDANTS' MOTION TO EXPEDITE CONSIDERATION OF DEFENDANTS' MOTION TO COMPEL PRODUCTION OF MEDICAL RECORDS**

Pursuant to Local Rule Cv. 9, Defendants hereby move for expedited consideration of their Motion to Compel Production of Medical Records, which relate to Plaintiff's treatment by Dr. Robert A. Marzilli, M.D. As grounds for their Motion, Defendants submit that production of the requested medical records is necessary prior to the deposition of Dr. Marzilli, which is scheduled for April 21, 2006. Plaintiff's attempts to prevent or delay production of these records will severely prejudice Defendants' ability to conduct a meaningful, effective deposition of Dr. Marzilli. This Court is no doubt aware of the serious difficulties federal litigants often encounter when attempting to schedule depositions of medical doctors. Given these difficulties, if Dr. Marzilli's deposition does not go forward on April 21 due to Plaintiff's failure to produce relevant medical records, Defendant may be deprived the chance to depose Dr. Marzilli at all. Discovery in this case closes on May 16, 2006. For these reasons, Defendants respectfully request that this Court consider, and grant, their Motion to Compel Production of Medical Records on an expedited basis.

**NO ORAL ARGUMENT IS REQUIRED.**

DEFENDANTS SOUTHERN UNION
CO. & NEW ENGLAND GAS CO.

By their attorneys,

NIXON PEABODY LLP

Neal J. McNamara (#4249)
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I sent, via first class mail, postage prepaid, a true and accurate copy of the within Defendants' Motion to Compel Production of Medical Records to Lynore Horn, 88 Alger Avenue, East Greenwich, RI 02821, this 4th day of April, 2006.

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LYNORE HORN, Plaintiff | : | |
| v. | : | C.A. No. 04-434-S |
| | : | <u>EXPEDITED CONSIDERATION REQUESTED</u> |
| SOUTHERN UNION CO. & NEW ENGLAND GAS CO., Defendants. | : | |

**<u>DEFENDANTS' MOTION TO COMPEL PRODUCTION OF MEDICAL RECORDS</u>**

Defendants Southern Union Co. and New England Gas Co. (collectively, "Defendants"), pursuant to Fed. R. Civ. P. 26 and 37, hereby move to compel Plaintiff Lynore Horn to produce medical records in connection with her treatment by Dr. Robert A. Marzilli, M.D. from January 1, 2006 to the present.

As grounds for this Motion, Defendants state that Plaintiff has alleged damages based upon emotional distress in her suit against Defendants, thus placing her mental, emotional, and/or physical health in issue. Defendants further state that medical records and psychotherapy notes related to Dr. Marzilli's treatment of Plaintiff through December 2005 have previously been produced, pursuant to the Defendants' Request for Production of Documents No. 9.

Most recently, on or about March 29, 2006, Defendants requested that Plaintiff authorize the release of medical records and psychotherapy notes related to Dr. Marzilli's treatment from January 1, 2006, to the present. <u>See</u> Exhibit A. Plaintiff, however, refused to release the records, apparently on the ground that her newly-acquired *pro se* status afforded those records protection from disclosure under the attorney-client privilege. <u>See</u> Exhibit B. Certainly, Plaintiff's claim to privilege lacks merit.

Defendants require access to the requested records forthwith because Dr. Marzilli's deposition is scheduled for April 21, 2006. The requested records (a) are not protected by attorney-client privilege; (b) are otherwise clearly relevant and discoverable; (c) and have been produced without issue until now. Therefore, this Court should compel Plaintiff to produce the requested records without delay.

RULE 37(a)(2) CERIFICATION

Counsel for Defendants hereby certify that they have in good faith conferred with Plaintiff in an effort to secure the requested records without court action. Because Plaintiff has refused to release the requested records, court action is required.

**NO ORAL ARGUMENT IS REQUIRED.**

Respectfully submitted,
DEFENDANTS SOUTHERN UNION
CO. & NEW ENGLAND GAS CO.

By their attorneys,

NIXON PEABODY LLP

Neal J. McNamara (#4249)
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I sent, via first class mail, postage prepaid, a true and accurate copy of the within Defendants' Motion to Compel Production of Medical Records to Lynore Horn, 88 Alger Avenue, East Greenwich, RI 02821, this 4th day of April, 2006.