NIXON PEABODY LLP
ATTORNEYS AT LAW
Suite 500
One Citizens Plaza
Providence, Rhode Island 02903-1345
(401) 454-1000
Fax: (401) 454-1030

Neal J. McNamara
Direct Dial: (401) 454-1019
E-Mail: nmcnamara@nixonpeabody.com

March 29, 2006

Lynore Horn
88 Alger Avenue
East Greenwich, RI 02821

RE: Lynore Horn v. Southern Union Gas (New England Gas)

Dear Lynore:

Please be advised that I will be taking the deposition of Dr. Marzilli on Friday, April 21, 2006 at 9:00 a.m. Prior to that date, I need to obtain all current records concerning your treatment with Dr. Marzilli. Presently, I have copies of records through January, 2006.

In order to obtain the updated records, I need you to sign the attached medical authorization which authorizes Dr. Marzilli to send copies of your records directly to me. Please sign the attached authorization and return to me as soon as possible, in the envelope provided.

Thank you for your kind attention to these matters. Please call me should you have any questions.

Sincerely,

Neal J. McNamara

NJM/pkg

P133102.1

# REQUEST FOR MEDICAL RECORDS

## PATIENT AUTHORIZATION FOR USE OR DISCLOSURE OF PROTECTED HEALTH INFORMATION

I, Lynore Horn, request and authorize the disclosure of protected health information as described in this form for the following patient:

Patient Name: Lynore Horn
Street Address: 88 Alger Avenue City: East Greenwich

State: RI Zip Code: 02821 Date of Birth: 10/3/60

**Person(s) or organization(s) authorized to disclose personal health information for the patient** *(specifically identify each):*

**Robert Marzilli, Ph.D.**
**1524 Atwood Avenue, Suite 433**
**Johnston, RI 02919**

**Specific description of the information to be disclosed** *(check all that apply)*:

[ x ] The patient's entire medical record: This includes but is not limited to the patient's medical history, copies of any health screenings, tests or studies, doctors' notes or orders, records of health care professionals other than doctors, prescriptions, x-rays, correspondence, billing information, and any records submitted in connection with claims for any type of insurance benefits. This includes information regarding treatment for substance abuse or dependency, mental health treatment, and information related to tests for or treatment of HIV/AIDS or AIDS Related Complex (ARC).

Date restrictions (if any): from 1/06 to present.

[ x ] The patient's entire health insurance plan record: This includes but is not limited to applications for insurance, medical records and reports, claims information, notices of decisions, transcripts of testimony, benefits paid, correspondence and other documents. This includes information regarding treatment for substance abuse or dependency, mental health treatment, and information related to tests for or treatment of HIV/AIDS or AIDS Related Complex (ARC).

Date restrictions (if any): from 1/06 to present

[ ] Medical Data/Information as related to:

[ ] Specific condition(s): ____________________

[ ] Specific professional service(s): ____________________

[ ] Specific medication(s): ____________________

[ ] Other: ____________________

[ ] Health Insurance Plan Data/Information as related to:

[ ] Specific condition(s): ____________________

[ ] Specific professional service(s): ____________________

[ ] Specific medication(s): ____________________

[ ] Other: ____________________

[ ] Other: ______________________________

______________________________

**Authorized recipients of the protected health information:**

Any partner, employee, agent or other authorized representative of Nixon Peabody LLP.

**The information will be used/disclosed for the following purpose(s)** *(all purposes must be listed and described)*:

[x] For the lawsuit: Lynore Horn v. Southern Union Gas (New England Gas) (U.S. District Court- RI, C.A. No. 04-434S) in which Nixon Peabody represents Defendants.

[ ] Other: ______________________________

______________________________

**This authorization will expire:**

[x] At the conclusion of the above referenced lawsuit

[ ] On the following date: ____________

**I understand that:**

- When the information is used or disclosed pursuant to this authorization, it may be subject to re-disclosure by the recipient and may no longer be protected by federal privacy regulations. (In some cases, however, it may be protected by another federal regulation, state law or a protective order).
- I retain the right to revoke this authorization at any time, by submitting my revocation, in writing, to the Privacy Officer of the person(s) or organization(s) above. I am aware that my revocation will not be effective, however, to the extent the person(s) or organization(s) listed above have acted in reliance on it. I understand that any written revocation should include the following information:
    - The patient's name, address, and patient number, if applicable;

    - The effective date of this authorization, and the recipients of the protected health information according to this authorization;
    - The patient's desire to revoke this authorization; and
    - The date of the revocation, and the signature of the patient or authorized representative.
- The person(s) or organization(s) listed above which I have authorized to disclose this information will not condition treatment, payment, enrollment in a health plan or eligibility for benefits on this authorization.
- I have a right to inspect or copy the information to be used or disclosed.
- I may refuse to sign this authorization.

This authorization has been given voluntarily. I fully understand and accept the terms of this authorization.

I request and you are hereby authorized to give the same force and effect to a faxed copy or photocopy of this request as you would to an original.

______________________________ ____________________

Patient or Personal Representative's Signature Date

______________________________

Printed name of Patient or Personal Representative

Representative's authority to act for the patient: ______________________________

# REQUEST FOR PSYCHOTHERAPY NOTES

## PATIENT AUTHORIZATION FOR USE OR DISCLOSURE OF PROTECTED HEALTH INFORMATION

I, Lynore Horn, request and authorize the disclosure of protected health information as described in this form for the following patient:

Patient Name: Lynore Horn

Street Address: 88 Alger Avenue City: East Greenwich

State: RI Zip Code: 02821 Date of Birth: 10/3/60

**Person(s) or organization(s) authorized to disclose personal health information for the patient** *(specifically identify each):*

**Robert Marzilli, Ph.D.**
**1524 Atwood Avenue, Suite 433**
**Johnston, RI 02919**

**Specific description of the information to be disclosed** *(check all that apply)*:

[ ] The patient's entire medical record: This includes but is not limited to the patient's medical history, copies of any health screenings, tests or studies, doctors' notes or orders, records of health care professionals other than doctors, prescriptions, x-rays, correspondence, billing information, and any records submitted in connection with claims for any type of insurance benefits. This includes information regarding treatment for substance abuse or dependency, mental health treatment, and information related to tests for or treatment of HIV/AIDS or AIDS Related Complex (ARC).

Date restrictions (if any): from __________ to __________

[ ] The patient's entire health insurance plan record: This includes but is not limited to applications for insurance, medical records and reports, claims information, notices of decisions, transcripts of testimony, benefits paid, correspondence and other documents. This includes information regarding treatment for substance abuse or dependency, mental health treatment, and information related to tests for or treatment of HIV/AIDS or AIDS Related Complex (ARC).

Date restrictions (if any): from __________ to __________

[ ] Medical Data/Information as related to:

[ ] Specific condition(s): ______________________

[ ] Specific professional service(s): ______________________

[ ] Specific medication(s): ______________________

[ ] Other: ______________________

[ ] Health Insurance Plan Data/Information as related to:

[ ] Specific condition(s): ______________________

[ ] Specific professional service(s): ______________________

[ ] Specific medication(s): ______________________

[ ] Other: ______________________

[ X ] Other: __Psychotherapy notes ______________________

**Authorized recipients of the protected health information:**

Any partner, employee, agent or other authorized representative of Nixon Peabody LLP.

**The information will be used/disclosed for the following purpose(s)** *(all purposes must be listed and described)*:

[ x] For the lawsuit: Lynore Horn v. Southern Union Gas (New England Gas) (U.S. District Court- RI, C.A. No. 04-434S) in which Nixon Peabody represents Defendants.

[ ] Other: ______________________

**This authorization will expire:**

[ x] At the conclusion of the above referenced lawsuit

[ ] On the following date: ______________

**I understand that:**

- When the information is used or disclosed pursuant to this authorization, it may be subject to re-disclosure by the recipient and may no longer be protected by federal privacy regulations. (In some cases, however, it may be protected by another federal regulation, state law or a protective order).
- I retain the right to revoke this authorization at any time, by submitting my revocation, in writing, to the Privacy Officer of the person(s) or organization(s) above. I am aware that my revocation will not be effective, however, to the extent the person(s) or organization(s) listed above have acted in reliance on it. I understand that any written revocation should include the following information:

  - The patient's name, address, and patient number, if applicable;
  - The effective date of this authorization, and the recipients of the protected health information according to this authorization;
  - The patient's desire to revoke this authorization; and
  - The date of the revocation, and the signature of the patient or authorized representative.
- The person(s) or organization(s) listed above which I have authorized to disclose this information will not condition treatment, payment, enrollment in a health plan or eligibility for benefits on this authorization.
- I have a right to inspect or copy the information to be used or disclosed.
- I may refuse to sign this authorization.

This authorization has been given voluntarily. I fully understand and accept the terms of this authorization.

I request and you are hereby authorized to give the same force and effect to a faxed copy or photocopy of this request as you would to an original.

________________________________ ____________________
Patient or Personal Representative's Signature Date

________________________________
Printed name of Patient or Personal Representative

Representative's authority to act for the patient: ____________________________