Attorney Neal J. McNamara
Nixon Peabody LLP
Suite 500 One Citizens Plaza
Providence, RI 02903

Re: Lynore Horn vs. Southern Union Gas (New England Gas)

Attorney McNamara:

I received your letter dated March 29, 2006, on the deposition of Dr Marzilli And the need for more medical records. The signed authorization letters you sent will not be signed or granted.

The records you are seeking, pertain to meetings I had with my Dr, while being pro se on the court, these records are sealed and private due to attorney client Privilege. No information from January 2006 on will be granted without the judge's consent.

Lynore Horn Pro se
88 Alger Ave
East Greenwich RI 02821.