UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LYNORE I. HORN,

Plaintiff,

C.A. No. 04-434-S

v.

SOUTHERN UNION COMPANY, et al,

Defendants.

**NOTICE TO TAKE DEPOSITION**

Please take notice that on Thursday, April 6th 2006 at 10:00 am at said location 155 South Main Street - Suite 402, Providence, Rhode Island .The Plaintiff Pro se will take the deposition upon oral examination of Christine Stamp before a duly qualified Notary Public or other officer qualified to administer Oaths. This deposition will be taken Pursuant to Fed.R.Civ.P.30, and will be recorded by stenographic means.

Plaintiff Pro Se
Lynore Horn
88 Alger Ave
East Greenwich RI 02821
(401)261-8874

Dated March 30, 2006

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 30 day of March, 2006 A copy of the foregoing was mailed to and faxed to: Attorney Neal j. McNamara, Nixon Peabody LLP One Citizens Plaza, Providence, RI 02903. Also Christine Stamp, 51 Silver wood Drive West Warwick RI 02893(Mailed and subpoena) also faxed to: Attorney Noelle Clapham, 24 Salt Pond Road suite A-8 South Kingston RI.