UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LYNORE HORN, Plaintiff

v.

SOUTHERN UNION CO. & NEW ENGLAND GAS CO., Defendants.

C.A. No. 04-434-S
EXPEDITED CONSIDERATION REQUESTED

## PLAINTIFFS' RESPONSE TO DEFENDANTS MOTION TO COMPEL PRODUCTION OF MEDICAL RECORDS

Plaintiff ,Lynore Horn , Pro se hereby objects to the defendants request for Production of medical records in connection with her treatment by Dr. Robert A. Marzilli, M.D. from January 1, 2006 to the present.

Privileged Communication has been sacred in our forefathers' time. Statements and Conversations made under circumstances of assured confidentiality which must not be disclosed in court. These include communications between husband and wife, attorney and client, physician or therapist and patient, and minister or priest with anyone seeing them in their religious status. The reason for the privilege is to allow people to speak with Candor to spouse or professional counselor, the privilege may be lost if the one who Made the admission waives the privilege.

The defendants' council, Attorney McNamara, assumes because the Dr. notes were Produced without issue until now, that there was some blanket waiver allowing him to all Privileged information. The plaintiff pro se contents that this does not exist. Previous Notes were given under an attorney's ineffective, unknowledgeable and poor guidance.

The plaintiff asks the court to realize that some characteristics are unique to the citizen

Involved. Therefore, The plaintiff pro se, REQUESTS AN ORAL ARGUMENT.

At which time the plaintiff pro se will bring a copy of Dr Marzilli's notes, for if the judge Decides my claim, Of Patient, Doctor Privilege, and Attorney work product, is invalid I will then produce such documents.

Law is not in the law books; instead, law lives in conduct, not on the printed page. It exists in the interactions of judges, lawyers and ordinary citizens. Please allow me a time for oral argument.

Plaintiff prose feels that the defendant's council has difficulty addressing a pro se client. And therefore feels the court action is required.

Respectfully submitted,
Plaintiff, Lynore Horn, Pro se
88 Alger Ave
East Greenwich, RI 02821

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I sent via fax, and hand delivered, a true and accurate copy of the within Plaintiffs Response to defendants motion to compel production of medical records.