UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LYNORE HORN, Plaintiff | : | |
| v. | : | C.A. No. 04-434-S |
| SOUTHERN UNION CO. & NEW ENGLAND GAS CO., Defendants. | : | |

**ENTRY OF APPEARANCE**

I, Matthew J. Frankel, hereby enter my appearance on behalf of Defendants Southern Union Co. and New England Gas Co. in the above-captioned matter.

Respectfully submitted,
DEFENDANTS SOUTHERN UNION CO. &
NEW ENGLAND GAS CO.

By their attorneys,

NIXON PEABODY LLP

Matthew J. Frankel (#7293)
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I sent, via first class mail, postage prepaid, a true and accurate copy of the within Entry of Appearance to Lynore Horn, 88 Alger Avenue, East Greenwich, RI 02821, this 25th day of April, 2006.

Michele Biagetti