UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**LYNORE I. HORN,**

**Plaintiff,**

**C.A. No. 04-434-S**

**v.**

**SOUTHERN UNION COMPANY, et al,**

**Defendants.**

## NOTICE TO TAKE DEPOSITION

Please take notice that on Wednesday, May 3rd 2006 at 9:00am at said location 115 Phenix Avenue, Cranston, Rhode Island. The Plaintiff Pro se will take the deposition upon oral examination of Jim Dawley before a duly qualified Notary public or other officer qualified to administer oaths. This deposition will be taken pursuant to Fed.R.Civ.p.30, and will be recorded by stenographic means.

Plaintiff Pro se
Lynore Horn
88 Alger Ave
East Greenwich RI 02821
(401) 261-8874.

Dated April 25, 2006

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 26 day of April, 2006. A copy of the foregoing was mailed to and faxed to : Attorney Neal j. McNamara, Nixon Peabody LLP ,One Citizens plaza, Providence, RI 02903 and a copy (mailed and Subpoena) to James Dawley : at two Sophia Way ,Coventry RI 02816