UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED APR 4 U.S. DISTRICT

LYNORE HORN,
Plaintiff

v. C.A. No. 04-434-S

SOUTHERN UNION CO. &
NEW ENGLAND GAS CO.,
Defendants.

**DEFENDANTS' MOTION TO EXPEDITE CONSIDERATION OF DEFENDANTS' MOTION TO COMPEL PRODUCTION OF MEDICAL RECORDS**

Pursuant to Local Rule Cv. 9, Defendants hereby move for expedited consideration of their Motion to Compel Production of Medical Records, which relate to Plaintiff's treatment by Dr. Robert A. Marzilli, M.D. As grounds for their Motion, Defendants submit that production of the requested medical records is necessary prior to the deposition of Dr. Marzilli, which is scheduled for April 21, 2006. Plaintiff's attempts to prevent or delay production of these records will severely prejudice Defendants' ability to conduct a meaningful, effective deposition of Dr. Marzilli. This Court is no doubt aware of the serious difficulties federal litigants often encounter when attempting to schedule depositions of medical doctors. Given these difficulties, if Dr. Marzilli's deposition does not go forward on April 21 due to Plaintiff's failure to produce relevant medical records, Defendant may be deprived the chance to depose Dr. Marzilli at all. Discovery in this case closes on May 16, 2006. For these reasons, Defendants respectfully request that this Court consider, and grant, their Motion to Compel Production of Medical Records on an expedited basis.

**<u>NO</u> ORAL ARGUMENT IS REQUIRED.**

4/27/06: GRANTED. USMJ

Referred to U.S.M.J. Almond
for findings & recommendation
for determination
4/4/06

P133266.1

DEFENDANTS SOUTHERN UNION
CO. & NEW ENGLAND GAS CO.

By their attorneys,

NIXON PEABODY LLP

Neal J. McNamara (#4249)
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I sent, via first class mail, postage prepaid, a true and accurate copy of the within Defendants' Motion to Compel Production of Medical Records to Lynore Horn, 88 Alger Avenue, East Greenwich, RI 02821, this 4th day of April, 2006.