UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Lenore I. Horne,<br><br>Plaintiff,<br><br>v.<br><br>Southern Union Company, et al.<br><br>Defendants. | C.A. No. 04-434S |

**ORDER**

This matter came before the Court on Defendants' request for a summary judgment conference and to extend the deadline for filing dispositive motions. After consideration, the summary judgment conference is waived and the deadline for filing dispositive motions is extended until June 30, 2006.

By Order,

Deputy Clerk

Enter:

William E. Smith
United States District Judge

Date: 4/27/06