UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LYNORE HORN, Plaintiff :

v. : C.A. No. 04-434-S

EXPEDITED CONSIDERATION REQUESTED

SOUTHERN UNION CO. & NEW ENGLAND GAS CO., Defendants. :

## PLAINTIFF MOTION FOR PROTECTIVE ORDER

The Plaintiff, Lynore Horn, moves for an order to squash the subpoena heretofore served by the Defendant upon, Attorney Patricia Andrews and Carly Iafrate Esq. upon the ground that the subpoena is: touching the protective orders of Attorney -client privilege.

The attorney –client privilege extends to legal advice and opinions from an attorney to his client. A party cannot obtain privileged matter through discovery .Attorney work product, client's work product –Are held as Privileged.

As in :Command Transp., Inc. v Y.S. Line (USA) Corp., 116 F>R>D>94 (D.Mass.1987) Communications between corporate counsel and a former corporate employee responsible for drafting an allegedly libelous letter were protected by the attorney-client privilege.

The plaintiff Prose seeks protection from subpoena Dated Wednesday, May 10, 2006. Therefore, this court should squash this subpoena until an Oral Argument is granted.

ORAL ARGUMENT IS REQUIRED

Respectfully submitted ,
Plaintiff Prose ,Lynore Horn
88 Alger Ave
East Greenwich ,RI.02821
(401) 261-8874

## CERTIFICATE OF SERVICE

I, The undersigned, Hereby certify that I sent , via fax , and mail To : Neal McNamara Esq. At One Citizens Plaza, Suite 500 ,Providence RI 02903 and to Patricia Andrews , 129 Dyer street , Providence RI 02903 ( hand delivered )