UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LYNORE HORN,<br>Plaintiff | : | |
| v. | : | C.A. No. 04-434-S |
| SOUTHERN UNION CO. &<br>NEW ENGLAND GAS CO.,<br>Defendants. | : | |

**ORDER**

This matter came before Magistrate Judge Almond on April 27, 2006, on Defendants' Motion to Compel Production of Medical Records. After hearing thereon, it is hereby

ORDERED, ADJUDGED, AND DECREED

1. That Plaintiff Lynore Horn shall cause to be released and produced all medical records relating to her treatment by Dr. Robert Marzilli from January 2006 to the present.
2. That Counsel for Defendants shall not disclose such records or their contents to any person or entity other than Plaintiff and her doctors, except as may be needed (A) to elicit admissible deposition testimony and/or (B) to place such records into evidence for the purposes of this litigation, pursuant to the Federal Rules of Evidence and the Federal Rules of Civil Procedure.
3. That, notwithstanding paragraph 2 above, Counsel for Defendants may disclose such records to In-House Counsel for Defendants for the purposes of this litigation, but shall not allow In-House Counsel to possess or control such records or copies of such records.

ENTER:

Almond, M.J. 5/1/06

BY ORDER:

Dated: 5-2-06

P134049.1

PRESENTED BY:

Counsel for Defendants Southern Union Co.
and New England Gas Co.

Neal J. McNamara (#4249)
Matthew J. Frankel (#7293)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (facsimile)

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I sent, via first class mail, postage prepaid, a true and accurate copy of the within Entry of Appearance to Lynore Horn, 88 Alger Avenue, East Greenwich, RI 02821, this 28th day of April, 2006.