UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LYNORE HORN, :
Plaintiff :
:
v. : C.A. No. 04-434-S
: EXPEDITED CONSIDERATION REQUESTED
SOUTHERN UNION CO. & :
NEW ENGLAND GAS CO., :
Defendants. :

PLAINTIFF MOTION FOR PROTECTIVE ORDER

The plaintiff, Lynore Horn Pro se , Moves for an order to Squash the subpoena Heretofore served by the defendant upon, Attorney Patricia Andrews and Carly Iafrate Esq. upon the grounds that the subpoena is: touching the protective orders of Attorney-Client Privilege.

The attorney-client privilege extends to legal advice and opinions from attorney to his Client. A party cannot obtain privileged matter through discovery. Attorney work product,

Client work product- Are held as Privileged.

The Plaintiff Pro se seeks protection from subpoena dated Wednesday - May 10, 2006.

Therefore, this court should squash this subpoena until an:

ORAL ARGUMENT IS GRANTED.

Respectfully Submitted
Plaintiff Pro se, Lynore Horn
88 Alger Ave
East Greenwich, RI 02821
(401) 261-8874

CERTIFICATE OF SERVICE

I, The undersigned , hereby certify that I sent , via fax , And mailed to : Attorney Neil McNamara Esq. At One Citizens Plaza, Suite 500, Providence RI 02903