UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LYNORE HORN,
Plaintiff :

v. : C.A. No. 04-434-S

EXPEDITED CONSIDERATION REQUESTED

SOUTHERN UNION CO. &
NEW ENGLAND GAS CO.,
Defendants. :

Plaintiffs Motion to Compel Defendant's Attorney to Withdraw

The Plaintiff, Lynore Horn Pro se on the court since January 2006, seeks the courts Attention to the damage and respect for legislative procedures. The damage of continued communication between my EX-Attorney Patricia Andrews and the Defendants Attorney Neil McNamara has been brought to our attention.

With the hope of judgments and procedure to be fair, I am asking for the court to have Attorney Neil McNamara withdraw as legal council for the defendant, Southern Union Gas.

The plaintiff Pro se brings to the courts attention a Letter dated April 20, 2006 addressed to Ms Alba – Sue Mercurio – The last line of the 2nd paragraph states: Additionally, an extension is necessary because of the delay and confusion surrounding The recent withdraw of plaintiffs' council. The withdraw was in January, 2006: Is the confusion because of continued communication between the attorney's? Did the court give the recent extension because of the confusion of their talks?

This plaintiff Prose shows this extreme case of the loss of the privilege of communication, between client and attorney - now with the fear of future revelation –to know this confidentiality is broken.

The severity of this continued communication – Leads to enormous damage in any fairness to the plaintiff's ability to a fair trail. Any specific substitute deemed as an alternative by the court – such as Sanctions to both attorneys'- What ever fairness this court thinks is proper under these horrific circumstances will be accepted by this Plaintiff Pro se.

I end this by quoting Lewis Powell, Jr. - US Supreme Court Justice (ret), during his tenure as President of the American Bar Association "Equal Justice under the law is not merely a caption on the façade of the Supreme Court building; it is perhaps the most inspiring ideal of our society. It is one of the ends for which our entire legal system exists. It is fundamental that justice should be the same, in substance and availability, without regard to economic status."

Please allow me equal protection under the law.

ORAL ARGUMENT IS REQUIRED

Plaintiff Pro se Lynore Horn
88 Alger Ave
East Greenwich RI 02821
(401) 261-8874

CERTIFICATE OF SERVICE

I, The undersigned , hereby certify that I sent, Via fax and First class mail to : Nixon Peabody Attorney Neil McNamara: One Citizens Plaza, suite 500 Providence, RI 02903.

Any other communication with Attorney Andrews, about my case, would be taken as a hostile, action.

I will be asking the court to handle this breach of ethics:

Lynore Horn Pro se
88 Alger Ave
East Greenwich RI 02821