To Nixon Peabody LLP
Neal McNamara Esq.
One Citizens Plaza
Providence, RI 02903

RE: Lynore Horn /Southern union Gas, New England Gas

Attorney McNamara: Enclosed you will find a copy of my Plaintiff's motion for protective Order. I am requesting another Oral Argument before the court to justify my loss of attorney –Client privilege.

In your last message to me you stated you had "talked to Attorney Andrews about my case on Friday April 21, 2006. Since the day in court: at the Withdraw of Council, How many other conversations have you had with my Ex-Attorney regarding my case. I find this unethical and for full right for your dismissal from this case.

I find this to be a sloppy, conflict of ethics and should be reported to the R.I .BAR as a complaint on file. I am asking at this time for your removal as the defendants' attorney and am asking the court to look into a fine for such a breach of every law we hold dear.

Attorney Andrews represented me as council, and any, I mean any communications since the day of withdraw should have been in writing- with a copy sent to me. Any response should have been in writing-with a copy sent to me.

How many times did you have discussions, after her withdraw? Did She give you added information regarding privileged information? How long were the conversations? It now can only be your word and hers that my case was not jeopardized by an attorney – attorney strategy to ruin my case.

In order for me to have a fair trail, I am asking for your withdraw as council for the defendant. (Southern Union Gas Company)

This is not the first breach of ethics: After your letter Dated June 15, 2004, It was made aware to you as council that I, Lynore Horn went to D"Anna Soehnge In complaint of further abuse. As council for the defendants you had a legal obligation to stop the abuse.

I feel this gives me the right to put you on the stand, as to why you did not instruct your client to pull me out of a hostile area. Your letter leaves out important information such as Mr. Ringmans Knowledge, also On May19, 2004, any info on Dr Whatts opinion: To not have me return at that time. I feel you must withdraw so I may be able to Have you as a witness in court: as to knowledge about my continued abuse and left out information by New England Gas .

I am requesting the court for your dismissal, of unethical practices. That have not only hurt my case but left me in harms way.