UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LYNORE HORN,<br>Plaintiff, | : | |
| v. | : | C.A. NO. 04-434-S |
| SOUTHERN UNION COMPANY and<br>NEW ENGLAND GAS COMPANY,<br>Defendants. | : | |

AFFIDAVIT OF NEAL J. McNAMARA

Neal J. McNamara being duly sworn, deposes and says:

1. I am counsel of record for defendants Southern Union Company and New England Gas Company in this matter as well as in the matters of Carol Petrarca v. Southern Union Company and New England Gas Company, C.A. NO. 04-310-S, pending in this Court ("Petrarca matter"), and Christine Stamp v. Southern Union Company and New England Gas Company, C.A. No. PC 04-4592, pending in Providence County Superior Court ("Stamp matter"). I submit this Affidavit in support of Defendants' Objection to Plaintiff's Motions (1) for a Protective Order and (2) to Compel Defendants' Attorney to Withdraw, as well as in support of Defendants' Cross-Motion to Compel Production of Subpoenaed Documents. The facts set forth herein are based upon my personal knowledge.

2. On April 19, 2006, I took the deposition of Carol Petrarca, a former client of Attorney Patricia Andrews, in the Petrarca matter.

3. During the course of the Petrarca deposition, Ms. Petrarca produced a two-page handwritten document, a copy of which is attached hereto as Exhibit A. I questioned Ms. Petrarca about the origins and purpose of Exhibit A. Her responses were contradictory and confusing.

4. After the deposition, Petrarca's current counsel, Attorney Noelle Clapham, advised me that she had instructed her clients not to speak to Lynore Horn regarding their respective actions against defendants.

5. On April 20, 2006, the deposition of Lynore Horn was concluded. Horn admitted during that session of the deposition that she has authored Exhibit A.

6. Later in the day on April 20, 2006, Attorney Clapham advised me that she had spoken to her clients Carol Petrarca and Christine Stamp regarding Exhibit A. She further advised me that Christine Stamp told her that (1) after the first session of the Horn deposition in the fall of 2005, she, Carol Petrarca and Lynore Horn met outside of the presence of counsel and discussed the facts of their respective cases, and (2) Exhibit A was the result of that meeting. I advised Ms. Clapham in that conversation that Ms. Horn had, earlier that day, admitted to authoring Exhibit A.

7. On April 21, 2006, I called attorney Louise Herman to discuss another matter in which she is plaintiff's counsel and I am defense counsel. Attorney Herman recently moved into offices that she shares with Attorney Andrews and Attorney Iafrate. Ms. Andrews answered the telephone when I called Ms. Herman. I then advised Ms. Andrews that, based on revelations during the depositions of Lynore Horn on April 20, 2006 and Dr. Marzilli on April 21, 2006, there were certain documents that I would be seeking from her because I believed that Ms. Horn had waived attorney-client privilege with respect to those documents. Ms. Andrews advised me that I would need to serve a subpoena. I told her that I would serve such a subpoena on her the following week. Ms. Andrews and I had not spoken regarding Lynore Horn since prior to her withdrawal from representation of Ms. Horn in February 2006.

8. Subsequent to the conversation on April 21, I had two additional conversations with Ms. Andrews in which we discussed the subpoena that was served as well as whether she planned to file an objection or motion with respect to the subpoena. Ms. Andrews advised me that she was aware that Ms. Horn was filing a motion for protective order and that she would not file anything additional herself.

9. At no time during any of my conversations with Ms. Andrews did she reveal attorney-client privileged information, nor did I seek such information from her.

Neal J. McNamara

Neal J. McNamara

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me this 4th day of May, 2006.

Paula K. Gordon

Notary Public
My Commission Expires: 6/30/09