FILED MAY 0 2 2006

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LYNORE HORN,
Plaintiff

v.

SOUTHERN UNION CO. &
NEW ENGLAND GAS CO.,
Defendants.

C.A. No. 04-434-S
EXPEDITED CONSIDERATION REQUESTED

5/8/06: DENIED FOR THE REASONS STATED AT TODAY'S HEARING.
USMJ

Plaintiffs Motion to Compel Defendant's Attorney to Withdraw

The Plaintiff, Lynore Horn Pro se on the court since January 2006, seeks the courts Attention to the damage and respect for legislative procedures. The damage of continued communication between my EX-Attorney Patricia Andrews and the Defendants Attorney Neil McNamara has been brought to our attention.

With the hope of judgments and procedure to be fair, I am asking for the court to have Attorney Neil McNamara withdraw as legal council for the defendant, Southern Union Gas.

The plaintiff Pro se brings to the courts attention a Letter dated April 20, 2006 addressed to Ms Alba – Sue Mercurio – The last line of the 2nd paragraph states: Additionally, an extension is necessary because of the delay and confusion surrounding The recent withdraw of plaintiffs' council. The withdraw was in January, 2006: Is the confusion because of continued communication between the attorney's? Did the court give the recent extension because of the confusion of their talks?

Referred to U.S.M.J. [illegible]
☐ for findings & recommendations
☑ for determination
☐
William E. Smith, U.S. District Judge
Date: 5/2/06