UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LYNORE HORN, Plaintiff | : | |
| v. | : | C.A. No. 04-434-S |
| SOUTHERN UNION CO. & NEW ENGLAND GAS CO., Defendants. | : | |

## Plaintiff's Agreement To Extend Time For Discovery

Plaintiff Pro se Seeks the permission of the court to acknowledge the success in this case, Lynore Horn v Southern Union Gas. This being the first Agreeable stance for the plaintiff and Defendant.

Although we agree to the time extention of May 30, 2006 for discovery. We do not agree on the reason for this extention. The extention is not for the conduct of the Plaintiff, Rather for the sneaky paperwork, addressed in the authorization form. Each release had numerous additives which no one would allow or sign.

After receiving calls saying my Dr. was being harassed by attorney McNamara. The Hospital agreed to have their own attorney take over his aggressive threats and set an appropriate communication system in effect for my Doctor and to protect my rights.

Plaintiff pro se acknowledges that the extention should not extend or delay filing for dispositive motion.

The plaintiff pro se feels my adversary Nixon and Peabody, Att. Neil McNamara , representing, One of the most expensive and finest law firms, Must have just forgot to Put their document dated May 15, 2006 stated in Certificate of service (Via Federal Express) in the mail. The plaintiff Pro se hopes they will work harder not to have such oversights in the future.

Respectfully Submitted,
Plaintiff Pro se Lynore Horn
88 Alger Ave East Greenwich
Tel: (401) 261-8874

Dated May 16, 2006

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I sent via fax # 454-1030 To Att. Neil McNamara of Nixon and Peabody LLP One Citizens Plaza, Suite 500 Providence RI 02903