UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MAY 16 2006

| | | |
|---|---|---|
| LYNORE HORN, Plaintiff | : | |
| v. | : | C.A. No. 04-434-S |
| SOUTHERN UNION CO. & NEW ENGLAND GAS CO., Defendants. | : | |

**DEFENDANTS' MOTION TO EXTEND TIME FOR DISCOVERY**

Defendants Southern Union Co. and New England Gas Co. ("Defendants") hereby move for a limited extension of the discovery deadline for the express purpose of deposing Dr. Holly Tytell, who administered medical care to Plaintiff that is directly relevant to this case.

Discovery is scheduled to close on May 16, 2006. Dr. Tytell's deposition is currently scheduled to go forward on May 30, 2006. This late deposition date became necessary because of Plaintiff's dilatory conduct with regard to signing the authorization form for Dr. Tytell's deposition and the release of her records. Additionally, Dr. Tytell was out of the country for the first two weeks of May, and May 30 was the first day on which she was available to testify.

Defendants note that extending the date for this limited purpose will not affect the deadline for filing dispositive motions or otherwise delay the progress of this litigation.

5/19/06: GRANTED FOR THE LIMITED PURPOSE OF CONDUCTING DR. TYTELL'S DEPOSITION.
USMJ

Referred to U.S.M.J. Almond
for findings & recommendations/disposition
for determination
William E. Smith, U.S. District Judge
Date 5/18/06

P134545.1