UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LYNORE HORN,<br>Plaintiff<br><br>v.<br><br>SOUTHERN UNION CO. &<br>NEW ENGLAND GAS CO.,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 04-434-S |

**NOTICE OF DEPOSITION**

**DATE:** **Tuesday, May 30, 2006**

**TIME:** **11:30 A.M.**

**PLACE:** **CENTER FOR MOOD & ANXIETY DISORDERS**
**345 Blackstone Blvd.**
**Providence, RI 02906**

**DEPONENT:** **Dr. Holly Tytell, M.D.**

**PLEASE TAKE NOTICE** that Defendants Southern Union Co. and New England Gas Co. will take testimony on oral examination of the above-named Deponent at the time set forth above before a Notary Public of the State of Rhode Island and thereafter from day-to-day as the taking of the deposition may be adjourned at the Center for Mood and Anxiety Disorders, 345 Blackstone Blvd., Providence, Rhode Island, at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.

DEFENDANTS SOUTHERN UNION CO. &
NEW ENGLAND GAS CO.

By their attorneys,

NIXON PEABODY LLP

Neal J. McNamara (#4249)
Matthew J. Frankel (#7293)
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I sent a true and accurate copy of the within Notice of Deposition to Dr. Holly Tytell, Center for Mood and Anxiety Disorders, 345 Blackstone Blvd., Providence, RI 02906 via hand delivery and to Lynore Horn, 88 Alger Avenue, East Greenwich, RI 02821, via first class mail, postage prepaid, this 18th day of May, 2006.