Nixon Peabody LLP
Attn. Neil McNamara
One Citizens Plaza
Providence RI 02903

May 10,2006

Att McNamara :

On May 2nd at 10:44 Att. Matthew Frankel Called and left a message that I would receive a subpoena. He Acknowledged that Attorney Andrews had stated that she did not possess any information that you subpoenaed her for. It was at that time that Att Frankel said I will be receiving such a subpoena.

The Judge has not set a ruling as to information being given. Yet I feel I must make two statements. One is if Att Andrews calls or sends any information about my case I want to know about it and have a copy. She has admitted to having no information with me, also -but she changes like the wind... So any information received I expect to see.

Also, the judge could find one phone call acceptable to talk about a subpoena but three phone calls and, and another with Att Frankel. This is giving the appearance of impropriety. Any communication should be in writing, involving my ex Attorney Andrews. With a copy sent to me. You should not be communicating to her about my case, and you have.

Regarding My subpoena, after looking at great detail, I also am stating that- I do not have any information you are asking for. I do have communication between att Andrews and I but nothing to do with the withdraw._ communication in the privileged log.

The Note , that Dr Marzilli Saw , The "Rough Draft " as stated in the deposition (page 37 ) was thrown away to the best of my knowledge , when the rewritten copy was Completed. The rewritten copy was given to Att. Andrews and not now in my possession.

The TDI Letter I do not have and from what little information you provided I cannot tell, if one actually existed.

I end this by saying, any harm, any degrading of my character, any attorney opinion, That attorney Andrews continues to say or do to me. Will be dealt with, Please do not attach yourself and your family to this .I consider you to be a gentlemen, Please continue this type communication.-This is a small state- To small sometimes .

Lynore Horn Pro Se
88 Alger Ave
East Greenwich, RI
(401) 261-8874