NIXON PEABODY LLP
ATTORNEYS AT LAW

Suite 500
One Citizens Plaza
Providence, Rhode Island 02903-1345
(401) 454-1000
Fax: (401) 454-1030

Neal J. McNamara
Direct Dial: (401) 454-1019
E-Mail: nmcnamara@nixonpeabody.com

May 12, 2006

**VIA FAX AND REGULAR MAIL**

Patricia Andrews, Esq.
129 Dyer Street
Providence, RI 02903

RE: Lynore Horn v. Southern Union Company, et al.

Dear Ms. Andrews:

With respect to defendants' subpoena for certain documents in the Horn matter, please find enclosed the Memorandum and Order of Magistrate Judge Almond dated May 11, 2006. As you can see, Magistrate Almond has ordered that the notes submitted to you when Ms. Horn retained you as her attorney should be turned over to the defendants. Specifically, Magistrate Almond states that "plaintiff shall produce to defendants' counsel within fourteen (14) days of the date of this Order, the two notes she authored and shared with Dr. Marzilli in April 2004. If plaintiff indicates within that timeframe that she is not in possession of either or both such notes, plaintiff's former attorney shall produce such notes within seven (7) days thereafter."

In a letter to me dated May 10, 2006, a copy of which I attach for your information, Ms. Horn has already stated that "the 'Rough Draft' as stated in the deposition (page 37) was thrown away to the best of my knowledge, when the rewritten copy was completed. The rewritten copy was given to Att. Andrews and not now in my possession." Therefore, Ms. Horn has already indicated that she is not in possession of the notes reviewed by Dr. Marzilli and provided to you. Therefore, it appears from the Memorandum and Order that you have seven (7) days from today to produce the notes. Please advise me at your earliest convenience whether the notes are in your

possession, and if so, when I can expect to receive them. If they are not in your possession, please advise as to what became of those notes.

Sincerely,

Neal J. McNamara

Encls.
Cc: Lynore Horn (w/encls.)
NJM/ml