*Law Office of*

***Patricia E. Andrews***

129 Dyer Street • Providence, Rhode Island 02903
Tel. 401-421-0966 • Fax 401-421-0964
Email Addresses: PEAndrews@verizon.net & CIafrate@verizon.net
shellydesjarlais@verizon.net

# Fax Transmission

**Pages:** 2 (including cover sheet)

**Date:** May 19, 2006

**To:** Neal McNamara **Fax #:** 454-1030

**From:** Patricia E. Andrews

**Re:** Lynore Horn

---

**Message:**

*Law Office of*

# Patricia E. Andrews

129 Dyer Street • Providence, Rhode Island 02903
Tel. 401-421-0966 • Fax 401-421-0964
E-mail Addresses: PEAndrews@verizon.net & Clafrate@verizon.net

*Admitted in RI and D.C.*

*Of Counsel*
Carly B. Iafrate
*Admitted in RI*

May 19, 2006

*Sent via facsimile & regular mail*

Neal McNamara, Esq.
Nixon Peabody
One Citizens Plaza
Providence, RI 02903

Re: *Lynore Horn v. Southern Union Gas Company, et al*

Dear Neal:

I am writing to address the Court's recent order that we produce a document in the Horn case. Please be advised that, after our withdrawal, we gave to Ms. Horn all of her notes and did not retain copies.

Very truly yours,

Patricia E. Andrews

Cc: Lynore Horn

PEA/sd