**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **LYNORE HORN,**<br>**Plaintiff**<br><br>**vs.**<br><br>**SOUTHERN UNION COMPANY and NEW ENGLAND GAS COMPANY,**<br><br>**Defendants** | **C.A. No.: 04-434S** |

## PRIVILEGE LOG

| Author | Document | Time[1] | Privilege |
|---|---|---|---|
| Attorney Andrews | Notes of Conversation with Plaintiff and/or related to case. | May 2004-present | Attorney-Client & Work-Product Privileges |
| Attorney Iafrate | Same | Same | Same |
| Attorney Andrews | Notes of Conversation with Roberta Faria | Summer 2004 | Same |
| Plaintiff Lynore Horn | Notes to Attorneys Andrews And Attorney Iafrate | May 2004-present | Attorney-Client Privilege |
| Attorney Iafrate | Notes of Conversation with Barbara Alderman | June 2004 | Attorney-Client Privilege |
| Attorney Andrews | Same | Same | Same |
| Attorney Iafrate | Notes of Conversation with Miriam Comeau | Same | Attorney-Client Privilege |

[1]The document(s) noted were made during these time periods.

| | | | |
|---|---|---|---|
| Attorney Iafrate | Notes of Conversation with Wendy Smith | Summer 2004 | Attorney-Client Privilege |
| Attorney Iafrate | Notes of Conversations with Carol Petrarca | March 2004 - present | Attorney-Client & Work-Product Privileges |
| Attorney Andrews | Same | Same | Same |
| Attorney Andrews | Notes of Conversations with Christine Stamp | March 2004 - present | Same |
| Attorney Iafrate | Same | Same | Same |
| Attorney Andrews | Notes of Conversation with Christine Stamp and Carol Petrarca | March 2004- present | Same |
| Attorney Andrews | Notes of Conversation with Christine Stamp and Steve Stamp | March 2004- present | Work-Product Privilege |

## CERTIFICATION

I hereby certify that on the 6th day of April 2005, I mailed a copy of the within to Neal J. McNamara, Esquire, Robert J. Crohan, Jr., Esquire, Holland & Knight LLP, One Financial Plaza, Suite 1800, Providence, Rhode Island 02903.