UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LYNORE HORN, Plaintiff :
:
v. : C.A. No. 04-434-S
:
SOUTHERN UNION CO. &
NEW ENGLAND GAS CO., Defendants. :

PLAINTIFF"S MOTION TO DISMISS MOTION TO COMPEL AND WITHDRAW ANY SANCTIONS

On June 16, 2006 The plaintiff, Pro se receives notice of proceedings before Magistrate Judge Lincoln Almond, surprised at the facts being for "Defendants Motion to Compel and for Sanctions. The plaintiff Pro se never received this document supposedly "Certificate of service quotes :Sent by Federal Express, On May 19, 2006 . The plaintiff Pro se would like to see the receipt of delivery of this document that she never received .Please note this is not the first time, This is mentioned in "Plaintiff's agreement to Extend time for discovery "They must have forgot to put their document dated May15, 2006 In the mail (again by federal express)

Instead, Money for lost time ; travel , court copying costs shouɹd be considered for the pro se .Having to go to the court ,Parking , looking up documents I did not receive, Cost of copying at the federal court. I think the financial burden put on the prose by the defendant's uneasy attitude and trouble dealing with a pro se should be mentioned. Attorney McNamara mentions in his document special treatment :This court has shown me no special treatment , No clerk for prose clients exsists like a lot of states have , No special instructions , documents ,Nothing . I am a cleaning woman fighting for my Civil rights pro se on this Federal court , With out any help .- And has done more work in a few months than my lawyer did in a year and ½ . Now I am fighting for a fair trial .

Attorney McNamara has asked for special treatment several times: An extension of Discovery was allowed for him but not for any remaining people to be deposed that Plaintiff may have. The Court then allowed with out punishment : An attorney with his years of knowledge: three phone calls to my ex-Attorney with no sanctions, no verbal warning given to him. As an Attorney representing one of Rhode Island finest law firms now he Is costing this court another waste of time .With these proceedings if anything it is him , who has cost " A continued delay and prejudice to my case "

In the Defendants Motion the two documents he has requested were mentioned during the Motion hearing of 5/8/2006. I mentioned at that time that I did not have them. "Attorney Andrews has since written saying "All things ,all notes to the best of her knowledge were given to Lynore "On May 10, 2006 I wrote the defendants council a letter that I gave a diligent search, for This" Note" , and do not have It ." You cannot produce what you do not have .Yet, now The Defendant's will waste the courts time so close to Dispositive motion of June 30, 2006.and discuss : The " Note " As stated before .

I ask for no delays, I will stand proudly in court again, but will state for the record, I do not have The Note : As Stated in my Dr 's notes ....It was just a Note .

Page 3 C.A. 04-434S

Dated: June17,2006

Respectfully Submitted
Plaintiff Pro Se Lynore Horn
88 Alger Ave , East Greenwich

CERTIFICATE OF SERVICE

I, the undersigned , hereby certify that I sent via fax # 454-1030 To Attorney Neil McNamara Of Nixon and Peabody LLP , One Citizens Plaza , Suite 500 Providence RI 02903