UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LYNORE HORN,
Plaintiff

v. C.A. No. 04-434-S

SOUTHERN UNION CO. &
NEW ENGLAND GAS CO.,
Defendants.

**DEFENDANTS' MOTION TO EXPEDITE CONSIDERATION OF MOTION TO CERTIFY QUESTION AND MOTION TO STAY**

Defendants Southern Union Co. and New England Gas Co. hereby move for expedited consideration of their Motion to Certify Question of Law to the Rhode Island Supreme Court and their Motion to Stay Proceedings pending the resolution of the certified question. As grounds therefor, Defendants note that dispositive motions are currently due on June 30, 2006, and the legal issues to be resolved by the proposed certified question will heavily influence the scope and content of Defendants' dispositive motion. In further support of this motion, Defendants submit the attached memorandum of law.

Denied
WSmith, USDJ
6/27/06

Respectfully submitted,
DEFENDANTS SOUTHERN UNION CO.
AND NEW ENGLAND GAS CO.

By their attorneys,

NIXON PEABODY LLP

Neal J. McNamara (#4249)
Matthew J. Frankel (#7293)
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
nmcnamara@nixonpeabody.com
mfrankel@nixonpeabody.com

Dated: June 26, 2006