UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LYNORE I. HORN | : | |
| | : | |
| v. | : | C.A. No. 04-434S |
| | : | |
| SOUTHERN UNION COMPANY and | : | |
| NEW ENGLAND GAS COMPANY | : | |

**MEMORANDUM AND ORDER**

Before the Court for determination is Defendants' Motion to Compel and for Sanctions. (Document No. 98). 28 U.S.C. § 636(b)(1)(A), LR Cv 72(a). A hearing was held on June 28, 2006.

For the reasons stated at the June 28, 2006 hearing, Defendants' Motion to Compel and for Sanctions is DENIED without prejudice to renewal if Defendants obtain additional evidence supporting their claim that Plaintiff is in violation of this Court's May 11, 2006 Order. (Document No. 93). Defendants are, however, granted leave to depose Plaintiff for up to one hour under oath (Fed. R. Civ. P. 30(c)) solely to question her regarding the creation, transfer(s), whereabouts and existence of the document in dispute.

LINCOLN D. ALMOND
United States Magistrate Judge
June 28, 2006