UNTIED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LYNORE HORN,
Plaintiff Pro se

C.A, No.04-434S

V

SOUTHERN UNION CO. &
NEW ENGLAND GAS CO

PLAINTIFF"S MOTION IN OPPOSITION OF DEFENDANTS'MOTION TO CERTIFY QUESTION OF LAW TO THE RHODE ISLAND SUPREME COURT

1) This case is properly before the federal court.

2) If defendant is entitled to any relief – He has had a zillion years to do it.

3) The plaintiffs' complaint –does not include individual counts –where in the plaintiff is asking for damages for each "Despicable act ".

4) Plaintiff's cause of action shows a pattern – illegal – hostile conduct on the part of defendants over a 15 year period and suggests the aggravated and present damages of the plaintiff, that exists now are within the statue of limitations.

5) The progression of hostile conduct by the defendant towards the plaintiff over the approximate 15 period is fairly and properly relevant, to the plaintiff present damages.

6) I ask this court to allow its eyes to be open –to see and read the abuse – then if need be, I accept your court to adjudicate –any plaintiff's claims.

Allow the plaintiff prose – The right to stay on course Order 82# Judge William

Smith- Dispositive motion ends: June 30'2006.

Respectfully submitted ,
Plaintiff Pro-se
Lynore Horn
88 Alger Ave
East Greenwich ,RI. 02818

Dated : June 29,2006

CERTIFICATE OF SERVICE

I, The undersigned, hereby certify that I sent, Via Fax and mail to Nixon &Peabody LLP Attorney Neal McNamara –Fax# ( 401) 454-1030 –One Citizens Plaza,Suite500 Providence RI,02903