UNTIED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LYNORE HORN,
Plaintiff Pro se C.A, No.04-434S

V

SOUTHERN UNION CO. &
NEW ENGLAND GAS

PLAINTIFF"S MOTION IN OPPOSITION OF
DEFENDANTS'MOTION TO EXPEDITE CONSIDERATION OF MOTION TO
CERTIFY QUESTION AND MOTION TO STAY

I am a plaintiff, Pro se and my own attorney before the United States District Court. That I am well aware that I am held to all the rules and procedures of the Federal Court.-That a licensed Attorney, including the defendants knowledgeable attorney, would be required to follow. That I am aware that the Federal court rules, have been established for a reason- Not just a suggestion.

That the court, establishes its deadlines-and hearing dates carefully- based on each and every case before the court. I suggest that the court treats each case – with the same importance as any other.

When the court – establishes a deadline, agreeable to an attorney, weather she be Pro Se – litigant – or a seasoned attorney from one of the largest law firms in the City-I suggest that the court takes this very – very seriously.

I hope that the court – would see through any delaying tactic – I might present to it – Or any 11th hour type of attempt to avoid a court deadline – such as this deadline for filing for summary judgment.

Wherefore I recent that this motion, has been filed, only 4 days before said deadline.

And I respectfully but firmly Objecting – to any motion to stay

This attempt by the defendant is disrespectful to the Federal Rules of Procedure

Respectfully submitted,
Plaintiff Pro-se
Lynore Horn
__________
88 Alger Ave
East Greenwich, RI. 02818

Dated: June 29, 2006

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I sent, Via Fax and mail to Nixon &Peabody LLP Attorney Neal McNamara –Fax# (401) 454-1030 –One Citizens Plaza, Suite500 Providence RI, 02903