UNTIED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LYNORE HORN,
Plaintiff Pro se

C.A, No.04-434S
EXPEDITED CONSIDERATION
REQUESTED

V

SOUTHERN UNION CO. &
NEW ENGLAND GAS

PLAINTIFF"S MOTION IN OPPOSITION OF
DEFENDANTS'MOTION TO STAY PROCEEDINGS

This case has been pending for two years and has been especially active of late-resulting In substantial work and preparation almost on a daily basis for the Plaintiff and assumable By the defendant.

That any Stay – Especially one as suspect as this – should be denied and I respectfully request – that this court allow me to incorporate my reasons – for opposing and objecting to the defendants other parallel motions in this, my motion in opposition to stay .

Respectfully submitted,
Plaintiff Pro-se
Lynore Horn
88 Alger Ave
East Greenwich, RI. 02818

Dated: June 29, 2006

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I sent, Via Fax and mail to Nixon &Peabody LLP Attorney Neal McNamara –Fax# (401) 454-1030 –One Citizens Plaza, Suite500 Providence RI, 02903