UNTIED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LYNORE HORN,
Plaintiff Pro se

V

SOUTHERN UNION CO. &
NEW ENGLAND GAS

C.A, No.04-434S
EXPEDITED CONSIDERATION
REQUESTED

PLAINTIFF"S MOTION OBJECTS TO THE
DEFENDANTS PRESENTATION OF ITS MEMORANDUM
FOR THE COURTS CONSIDERATION

The plaintiff motion to wave her preparation and filing – of a memorandum in support Of her three motions in opposition. Wherefore the plaintiff respectfully requests that this Court favorable consider merits of three motions in opposition with out a supporting memorandum. For the reason, that she suggest, that her motions speak for themselves and – because it is unfair, for the plaintiff, to be expected to provide a memorandum, which Would include pertinent case law and the like: Having had Defendants motion in my possession for only Two days.( Knowing June 30,2006 date looms )

Respectfully submitted,
Plaintiff Pro-se
Lynore Horn

88 Alger Ave
East Greenwich, RI. 02818

Dated: June 29, 2006

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I sent, Via Fax and mail to Nixon &Peabody LLP Attorney Neal McNamara –Fax# (401) 454-1030 –One Citizens Plaza, Suite500 Providence RI, 02903