UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LYNORE HORN
Plaintiff

v. C.A. No. 04-434 S

SOUTHERN UNION GAS CO.
NEW ENGLAND GAS CO.

PLAINTIFF's MOTION IN OPPOSITION OF MOTION FOR SUMMARY JUDGMENT

NOW COMES the plaintiff , LYNORE HORN, Who ,by her own representation As pro se, Filed her memorandum in Opposition of motion for summary judgment , pursuant to Fed.R.Civ.P.56 (b) as follows:

ISSUE : WHETHER THE PLAINTIFF IS ENTITLED TO AND HAS PROVIDED SUPPORTED EVIDENCE OF DISPUTED FACTS THAT WOULD REQUIRE TRIAL.

Answer: Plaintiff –LYNORE HORN IS entitled to a jury trial

Summary Judgment standard : The role of summary judgment is " To Pierce the pleadings and to address the proof in order to assess the proof in order to see whether there is a genuine need for trial "Meznick V General Elec. Co. ,950F .2d 816, 822 (1st Cir.1991) Quoting Garside v Osco Drug, Inc 895 F.2d 45,50 ( 1st Cir.1990 ) In the nutshell, the court weighs the parties proffered proof and determines whether a trial will serve any useful purpose.

In Opposition of this motion ,Plaintiff Pro Se, rely upon the accompanying :

Memorandum in Opposition of Motion for Summary Judgment :Statement of Disputed Facts in Opposition of Defendants motion for Summary Judgment ;and Affidavit by Plaintiff-LYNORE HORN-In Opposition of Summary Judgment Motion .

Respectfully Submitted ,
PLAINTIFF PRO SE
LYNORE HORN

88 Alger Ave East Greenwich RI 02821
(401) 261-8874

CERTIFICATE OF SERVICE

I,the undersigned,hereby certify that I Hand delivered :A true and Accurate copy Of the within document to Att,Neal McNamara – at Nixon Peabody ;One Citizens Plaza Suite 500 Providence ,RI 02903

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LYNORE HORN
Plaintiff ( Pro se )

V. C.A.NO. #04-434S

SOUTHERN UNION GAS CO
NEW ENGLAND GAS CO

MEMORANDUM IN OPPOSITION OF MOTION
FOR SUMMARY JUDGMENT

NOW COMES, the plaintiff ,LYNORE HORN , Who, BY her own representation as pro se Files her Memorandum in Opposition of Motion for summary judgment ,as follows :

POST HOC ,ERGO PROPTER HOC – "means after this , therefore because of this "
One thing was caused by another merely because it followed that event in time .

Piercing The Veil : A judicial doctrine – holds officers personally liable – for damages caused by the cooporation .The veil is pierced when officers have acted intentionally or illegally – When there actions excceded there power.

The plaintiff Pro se, Has brought a three count complaint : (1) Hostile work environment A plaintiff must prove that she is a member of a protected class ; That she was subjected To unwelcome sexual harassment ;that the harassment was based on her sex, that it was sufficiently severe or pervasive so as to alter the terms or conditions of her employment . That the conduct complained of was both objectively and subjectively offensive : that there is some basis for employer liability .O'Rourke v City of Providence ,235 F .3d 713 (1st Cir. 2001 )

Brown v Hot, Sexy and safer Productions ,Inc 68 F.3d 525, 540 (1st Cir 1995) Whether an environment is hostile or abusive can be determined only by looking at all the circumstances. These may include the frequency of the discriminatory conduct, its severity , whether it is Physically threatening or humiliating or a mere offensive utterance and whether it unreasonably interferes with an employees work performance .Harris v Forklift sys .,510 u.s.17, 23, 126 L.Ed.2d 295,114 S. Ct 367 (1993)

(2) Disparate Treatment :

A Plaintiff must prove that she is a member of a class protected by Title VII ,she was subjected to an adverse job action , her employer treated similarly situated employees outside of her classification more favorably and was qualified to do the job .See McDonnell v Douglas, 411 U.S. 792, 802 (1973)

(3) Retaliation :

In order to prove retaliation , a plaintiff must show that she engaged in protected conduct, she Experienced an adverse employment action ,and a causal connection exists between the protected conduct and the adverse action . Gu V.Boston Police Dept .,312 F.3d 6 , 14 (1st Cir. 2002) Earlier evidence is relevant to show a continuing violation "on going pattern of discrimination see Provencher v CVS Pharmacy 145 F.3d 516 ( 1st Cir 1998) Sometimes time barred prior incidents become admissible as relevant background evidence Lindemann & P.Grossman employment discrimination law 1355 ( 3d ed 1996 ) also Morrison v Carleton Woolen mills Inc 108 F.3d 429,439 ( 1st Cir 1997 )

TABLE OF CONTENTS :

INTRODUCTION
PLAINTIFF LEGAL ARGUMENT
AFFIDAVIT BY PLAINTIFF
QUESTIONS PRESENTED

ISSUE'S
Weybosset street garage : Sexual Hideaway for Executives
Guns,Weapons on the gas company grounds
The Company Gym : Are woman Allowed ?
Alcohol, Drugs: On the gas company grounds ,Dealing with a drunk .
Sexual Harassment Takes Many Forms
Concerned About Safety or More Concerned on Blame
Black Friday :Old And Hurt You Are Gone
Richard Kayla,The Sex Problem that Never Went Away
Plaintiff Has Gun Held To Her Head –Dexter Street ,Providence Gas Co Garage
Abusive Language "Blue Collar Environment " –Poor Excuse
Can A Union Employee put in a Grievance ,Without Union Leadership Approval
Time Table :1996
Ed Bolduc –A Supervisor – How many complaints Before you Fire Him .
Plaintiff Must Leave Nights –To Hostile
Men's Shower – Women Cleaning
Pete Johnson : Men Having Sex With Prostitutes :Company vehicles
Computers and Sexual Harassment
Looking Gay : Being Called Gay – Watch out You're Fired
1999-:Customer Service – Tools Named After Body Parts
The Company : An Investigation
Merger: Buyout – Texas is on its way ( 2000-2001)
Ed Bolduc : Plaintiff's Immediate Supervisor Not talking To Plaintiff ( 2000-2001)
Boiler Operator School : Pass Or You're Fired
No Overtime For Plaintiff –Told Men Provide For families (2000-2001-2002-2003)
During Approach To His Retirement Ed Bolduc :Deliberately Hurt The Plaintiff
By Placing Inaccurate , Discriminatory Evaluations into her work file
Possible : Spoliation of Evidence
Gary Sunday : Plaintiff's told to get Somewhere in the Gas Company
You must give something
Plaintiff Yelled At ;For any Leeway –Male Employee Unlimited smoking
Lottery Tickets,Coffee Breaks
Signs Of Violence Again From " The Man Who Held The Gun To My Head "
Rules Of Conduct : No Disciplinary Action (2001-2002-2003)

Table Of Contents:

ISSUE'S

Plaintiff: Bumped From Job: Returning to Henry Butler and Dexter Street
Urinating in Public
State Managed Anger Management Courses
The Chain Of Command: Plaintiff's Complaints Not Being Heard
(2002-2003-2004-2005)
Plaintiff's Last Chance D'Anna Soehnge: Retaliation (2004-2005)

CONCLUSION:

EXHIBITS ATTACHED

Dated: This 12 Day of July, 2006

Plaintiff Pro Se
Lynore Horn
88 Alger Ave
East Greenwich, RI
(401) 261-8874

CERTIFICATE OF SERVICE

That, I, The undersigned hereby certifies that on the 12 Day of July .A Copy of the Plaintiff's Memorandum: In Opposition for Summary Judgment: was Hand delivered To Attorney Neil McNamara: Of Nixon and Peabody LLP. One Citizens Plaza: Providence Rhode Island.

C.A. No# 04-434 S