UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LYNORE HORN
Plaintiff

V. C.A.No.04-434S

SOUTHERN UNION CO. AND
NEW ENGLAND GAS CO.

STATEMENT OF DISPUTED FACTS IN OPPOSITION
OF DEFENDANTS MOTION FOR SUMMARY JUDGMENT

NOW COMES the plaintiff, pro se, who, pursuant to rule 56.1 submits the following statement of disputed facts in opposition to the motion for summary judgment, VIZ:

1. The Gas Company: Providence Gas and New England Gas had knowledge of Harassment and failed to take remedial action since employed on or about 1989 to present.

2. Conduct – Such as a gun being held to the Plaintiff's head, weapons being sold on the gas company grounds-and other abuses set forth in my Affidavit, are sufficient evidence of a severe hostile working environment. Since I was employed the company had knowledge of such actions.

3. Sexual remarks both verbal and written, posters of a sexual nature in the gym and men's locker room .Are present with the company's knowledge in areas where the plaintiff and other females must work.

4. The Frequency of the conduct and the severity interfered with the plaintiff's and other employees work performance. The plaintiff through out her employment alerted both management and union officials.

5. The supervisors frequently used and tolerated from other employees, sex base slurs against her through out her employment.

6. The Plaintiff was treated less favorable then the men in the assignment of overtime through out her employment.

7. Offensive Graffiti (written notes) Pornography decorated walls where the plaintiff was assigned to work. Blow –up dolls, rubbers were brought to the supervisor's attention through out her employment.

8. In many places a pocket knife could be classified as a dangerous weapon but at New England Gas a firearm is almost common place and acceptable. Even after a gun policy was enacted in 1996, after which an executive walked the company grounds-with a gun.

9. In 2004, on or about, the plaintiff after reporting Harassment, to the Vice President of Human Resources, had adverse working conditions imposed on her – Such as unable to get out of the hostile department .The changing of requirements of a union job, knowing it now was available for the plaintiff. The company made "A special Quiz "just for her, no one who previously applied for this position had to endure this.

10. For as long as I was employed by the company –This company solely in terms of racial and ethnic status does not diversify. By not hiring, the under represented minority becomes a target for open ridicule and abuse, such as frequent "gay comments ", Oriental employees called "token employees" and anyone admitting to being bothered or showing favoritism to these Groups are abused by comments: such as the plaintiff was referred to "AS A NIGGER LOVER"

11. The company constantly shows inferiority for woman : Race conscious polices such as: Two –man jobs - The plaintiff was told she was only" 1/2 a man."

12. The company gave advancement to union employees into management Positions with the knowledge that they had: an abusive nature, felony records, also Prior convictions such as: loss of license from drunk driving , recorded hostile actions toward company property.

13. After a harassment complaint is made to the company- They never imposed any discipline nor ever had a continued investigation.

14 During my employment the company was noted for denying woman Training opportunities and paying woman fewer fringe benefits.

15. Comments by several supervisors ,of the company , such as " we don't want a woman here "," Woman should work on there knees, that is where they work best", and swear words of all kinds are accepted as common place.

16. Catcalls, Whistles, sexually suggestive comments –Discussion of Breast, and ass size, is condoned by management of the company.

17. Magazines, such as Hustler, Playboy and Worse, are found in men's bathrooms, Carpenter shop, maintenance closets and Customer service Trucks-All places the Plaintiff has had to work in.

18. When any change was attempted –The Plaintiff was the target or reason –It was stated Because of her –making her the target of hostile, threatening remarks "We are not Making any more changes because of you "-If you can't handle it, You shouldn't be here "

Dated: This __11__ Day of July, 2006

Plaintiff Pro Se
Lynore Horn
88 Alger Ave
East Greenwich, RI
(401) 261-8874

CERTIFICATE OF SERVICE

That, I, The undersigned hereby certifies that on the __11__ Day of July .A Copy of the Plaintiff's Motion was Hand delivered To Attorney Neil McNamara: Of Nixon and Peabody LLP. One Citizens Plaza: Providence Rhode Island.