UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LYNORE HORN,
Plaintiff

v.

SOUTHERN UNION CO. &
NEW ENGLAND GAS CO.,
Defendants.

C.A. No. 04-434-S
**Expedited Consideration Requested**

## DEFENDANTS' MOTION TO STAY PROCEEDINGS

Defendants Southern Union Co. and New England Gas Co. hereby move to stay the proceedings in this case, including submission of dispositive motions, pending resolution of the legal issue presented in Defendants' Motion to Certify Question of Law to the Rhode Island Supreme Court. In support of this Motion, Defendants submit the attached memorandum of law.

Granted. The matter is stayed pending a response from the RI Supreme Court regarding the proposed question.

USDJ
7/13/06

Dated: June 26, 2006

Respectfully submitted,
DEFENDANTS SOUTHERN UNION CO.
AND NEW ENGLAND GAS CO.

By their attorneys,

NIXON PEABODY LLP

Neal J. McNamara (#4249)
Matthew J. Frankel (#7293)
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
nmcnamara@nixonpeabody.com
mfrankel@nixonpeabody.com