UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
JUN 26 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

LYNORE HORN,
Plaintiff

v.

SOUTHERN UNION CO. &
NEW ENGLAND GAS CO.,
Defendants.

C.A. No. 04-434-S
**Expedited Consideration Requested**

**DEFENDANTS' MOTION TO CERTIFY QUESTION OF LAW TO THE RHODE ISLAND SUPREME COURT**

Defendants Southern Union Co. and New England Gas Co., pursuant to the Rhode Island Supreme Court Rules of Appellate Procedure, Article I, Rule 6, hereby move to certify the following question of law to the Rhode Island Supreme Court:

1. What is the statute of limitations applicable to employment discrimination claims asserted under the Rhode Island Civil Rights Act ("RICRA"), R.I. Gen. Laws §§ 42-112-1 et seq.?

As grounds for this motion, Defendants submit that the vast majority of the alleged incidents constituting Plaintiff's claims occurred outside the one-year limitations period under the Rhode Island Fair Employment Practices Act, R.I. Gen. Laws §§ 28-5-1 et seq. Whether all, some, or none of Plaintiff's claims prior to this limitations period are viable depends on, inter alia, whether those claims are also time-barred under RICRA. Resolution of this question will strongly enhance judicial economy, as the Supreme Court's resolution of this issue consistent with this Court's opinion in Rathbun v. Autozone, Inc., 253 F. Supp. 2d 226, 231-33 (D.R.I. 2003) would obviate the need for Defendants to address – and this Court to adjudicate – a large portion of Plaintiff's claims

at either the summary judgment and/or trial phases of this litigation. In further support of this motion, Defendants submit the attached memorandum of law.

Granted – The Question presented will be certified to the Rhode Island Supreme Court

WSM
USDJ
7/14/06

Dated: June 26, 2006

Respectfully submitted,
DEFENDANTS SOUTHERN UNION CO.
AND NEW ENGLAND GAS CO.

By their attorneys,

NIXON PEABODY LLP

Neal J. McNamara (#4249)
Matthew J. Frankel (#7293)
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
nmcnamara@nixonpeabody.com
mfrankel@nixonpeabody.com

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I sent, via Federal Express overnight delivery a true and accurate copy of the within document to Lynore Horn, 88 Alger Avenue, East Greenwich, RI 02818 this 26th day of June, 2006.