UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Lenore I. Horne, :
Plaintiff, :
v. : C.A. No. 04-434S
Southern Union Company, and New England Gas Co., :
Defendants. :

**ORDER**

This Court hereby waives the fees and costs associated with the certification order entered by this Court on July 26, 2006 pursuant to Rule 6(e) of the Rhode Island Supreme Court Rules of Appellate Procedure.

By Order,

Deputy Clerk

Enter:

William E. Smith
United States District Judge

Date: 8/1/06