UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LYNORE HORN
Plaintiff

v. C.A. No. 04-434S

SOUTHERN UNION COMPANY AND
NEW ENGLAND GAS COMPANY.
Defendants

**MOTION FOR LEAVE TO AMEND COMPLAINT**

Now comes the Plaintiff, Lynore Horn , and moves for leave of the court to amend her complaint filed in the above – referenced action pursuant to Rule 15(a ) and (c ) of the Federal Rules of Civil Procedure . IN support thereof , Plaintiff submits the accompanying memorandum of law.

Wherefore, Plaintiff prays that this Motion be Granted .

Plaintiff , Lynore Horn
Pro se on the court
88 Alger Ave
East Greenwich RI 02821

**CERTIFICATION OF SERVICE**

I herby certify that a copy of the within document has been : faxed 454-1030
To Nixon and Peabody : Att. Neil McNamara

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**LYNORE HORN,**
**Plaintiff**
**V** **C.A. NO. 04-434S**
**SOUTHERN UNION GAS C O**
**NEW ENGLAND GAS COMPANY**
**Defendants**

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND COMPLAINT**

**Introduction:**

In June 2004 , the Plaintiff , Lynore Horn ( "Plaintiff " ) filed a Three – count complaint against the defendants , Southern union gas and New England Gas company , Stating Sex – based employment discrimination claims under the Rhode Island Civil Rights Act (RICRA) G.L. 1956/ 42-112-1 et seq. . At about that time. The Plaintiff filed charges of discrimination with the Commission for Human Rights to satisfy the administrative requirement of Fair Employment Practices Act (FEPA) G.L. 1956 28-5-1 et seq. The Commission sent a "Right to sue letter". At that time the Plaintiff was under the employ of the New England Gas company. December 7, 2004 seeing a gun on a fellow Employee .The Plaintiff was put into hospital care, under Doctor Treatment .December 7 2005 The plaintiff was fired for not returning to the same job at the same location. The plaintiff being thrown upon the court Prose, went back to the Human Rights commission. On February 10, 2007 – The Human Rights commission has Acknowledged another ""Right to sue letter "under the Disabilities Act: NO Job except that same location – same job was offered . Many

examples of jobs the plaintiff could perform were given - .Company fired plaintiff without any –any option s

II. Rule 15(a) &( c )

" Rule 15(a) of the Federal rules of Civil Procedure permits a litigant to file an amended pleading as a matter of right before a responsive pleading is filed and therefore , with the parties ' consent or leave of court . ( Citing Harvey v . Snow , 281 F. Supp . 2d 376,379 (D.R.I 2003 ) Leave should be " freely granted as justice requires "

Furthermore , under Rule 15 © " [a]n amendment of a pleading relates back to the date of the original pleading when – a) The claim or defense asserted in the amended pleading arose out of conduct, transaction , or occurrence set forth or attempted to be set forth in the original pleading . " In this case , the amended claim arises from the same employment relationship and encompass the same facts – brought up in depositions – and original claim . Thus, the amended pleading should relate back to the date of the original pleading . Thus be added to Case # 04-434S .

III. **Conclusion**

For the foregoing reasons , the plaintiff respectfully requests the court to grant the Instant motion to amend the complaint pursuant to Rule 15(a) and ( c )

## CERTIFICATION

I hereby certify that a copy of the within document was faxed to : Nixon Peabody : Att
Neil McNamara Fax # 454 -1030