# Exhibit B

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **LYNORE I. HORN,** Plaintiff, | |
| v. | **C.A. No. 04-434S** |
| **SOUTHERN UNION COMPANY AND NEW ENGLAND GAS COMPANY,** Defendants. | |

## AMENDED COMPLAINT

1. This Complaint arises out of allegations of employment discrimination based on sex.

## JURISDICTION

2. The jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1332(a).

## PARTIES

3. Plaintiff, Lynore I. Horn (Plaintiff) is a female citizen of the United States and a resident of the State of Rhode Island.

4. Defendant Southern Union Company ("Southern Union") is a Delaware Corporation duly licensed and doing business in Rhode Island.

5. Defendant New England Gas Company ("New England Gas") is a division of Defendant Southern Union and one of its local gas distribution companies doing business in the State of Rhode Island.

## ADMINISTRATIVE PROCEDURES

6. On or about May 13, 2004, charges of employment discrimination on behalf of Plaintiff, based upon sex, were filed with the Commission for Human Rights for the State of Rhode Island (the "Commission").

7. On or about November 24, 2004, the Commission issued a "Notice of Right To Sue" to Plaintiff.

8. This complaint has been filed with ninety (90) days of the receipt of the Notice of Right to Sue.

## STATEMENT OF FACTS

9. Plaintiff has been employed by Defendant New England Gas and its predecessor Providence Gas Company since about 1989.

10. During the entire time Plaintiff has been employed by Defendants, she has been continually subjected to unwelcome severe and pervasive harassment and discrimination based upon her sex.

11. The discrimination and harassment to which Plaintiff was subjected, includes, but is not limited to, that which is set forth in paragraphs 12 through 16.

12. Plaintiff has been continually subjected to offensive and sexist comments by male co-workers and supervisors.

13. Plaintiff has been continually subjected to offensive and sexist conduct by male co-workers and supervisors.

14. Defendants have continually treated Plaintiff differently than similarly-situated male employees based upon her sex.

15. To no avail, Plaintiff complained to supervisors and management about the conduct to which she was subjected.

16. Other similarly-situated female employees have also been subjected to the same type of discrimination and harassment.

17. Plaintiff has always performed her duties and responsibilities in at least a satisfactory manner.

## COUNT I

**Rhode Island Civil Rights Act, ("RICRA")**
**G.L. 1956 §§ 42-112 et seq.**
**(Disparate Treatment)**

18. Plaintiff incorporates by reference Paragraphs 1 through 17 as if fully set forth herein.

19. Defendants treated Plaintiff differently than other similarly situated male employees, in the terms and conditions of her employment, in whole or in part, because of her sex.

20. By the aforesaid actions, Defendants violated the RICRA.

21. Plaintiff is damaged as a proximate result of the Defendants' intentional conduct.

## COUNT II

**Rhode Island Civil Rights Act, ("RICRA")**
**G.L. 1956 §§ 42-112-1 et seq.**
**(Hostile Work Environment)**

22. Plaintiff incorporates by reference Paragraphs 1 through 17 as if fully set forth herein.

23. Plaintiff was subjected to unwelcome sexual harassment that was sufficiently severe or pervasive so as to unreasonably interfere with the Plaintiff's work performance and/or create an intimidating, hostile or offensive working environment.

24. By the aforesaid actions, Defendants intentionally violated the RICRA.

25. Plaintiff is damaged as a proximate result of the Defendants' intentional conduct.

## COUNT III

**Intentional Infliction of Emotional Distress**

26. Plaintiff incorporates by reference Paragraphs 1 through 17 as if fully set forth herein.

27. By the aforesaid actions, Defendants engaged in extreme and outrageous conduct.

28. Defendants engaged in this conduct with the intent to cause Plaintiff to suffer emotional distress.

29. Defendants' conduct caused Plaintiff severe emotional distress.

30. As a direct and proximate cause of Defendants' actions, Plaintiff has suffered physical and emotional damages.

## COUNT IV

**Rhode Island Fair Employment Practices Act ("FEPA")**
**G.L. 1956 §§ 28-5-1 et seq.**
**(Disparate Treatment)**

31. Plaintiff incorporates by reference Paragraphs 1 through 17 as if fully set forth herein.

32. By the aforesaid actions, Defendants intentionally violated the FEPA by discriminating against Plaintiff based upon her sex.

33. Plaintiff is damaged as a proximate result of Defendant's intentional conduct.

## COUNT V

**Rhode Island Fair Employment Practices Act ("FEPA")**
**G.L. 1956 §§ 28-5-1 et seq.**
**(Hostile Work Environment)**

34. Plaintiff incorporates by reference Paragraphs 1 through 17 as if fully set forth herein.

35. By the aforesaid actions, Defendants intentionally violated the FEPA by subjecting Plaintiff to a hostile work environment based upon her sex.

36. Plaintiff is damaged as a proximate result of Defendant's intentional conduct.

## PRAYER FOR RELIEF

Plaintiff prays that this Court:

(1) declare that the Defendants' actions complained of are unlawful;
(2) order the Defendants to make the Plaintiff whole;
(3) order that the Defendants pay Plaintiff compensatory damages;
(4) order that the Defendants pay Plaintiff punitive damages;
(5) retain the jurisdiction of this action to ensure full compliance;
(6) order the Defendants to pay Plaintiff costs and expenses and reasonable attorney's fees;
(7) grant such other relief to Plaintiff as the court deems just and proper.

Plaintiff's damages are in an amount sufficient to invoke the jurisdiction of this Court.

**Rhode Island Fair Employmant Practices Act ( FEPA)**
**The American Disabilities Act**
**And The Equal Pay Act**

37. Fired as a result of injuries –sustained at work –three Doctors agree

38. Loss of employment –Health insurance and full – time employment caused by employers –neglect and inability to work with plaintiff's disability

39. Equal Pay act –Back pay due

**JURY TRIAL DEMAND**

**Plaintiff requests a trial by jury .**

Plaintiff Pro Se
Lynore Horn
88 Alger Ave
East Greenwich RI 10821