UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LYNORE HORN, Plaintiff | : | |
| v. | : | C.A. No. 04-434-S |
| SOUTHERN UNION CO. & NEW ENGLAND GAS CO., Defendants. | : | |

**DEFENDANTS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF OBJECTION TO PLAINTIFF'S MOTION TO AMEND COMPLAINT**

Defendants Southern Union Co. and New England Gas Co. submit this supplemental memorandum in further support of their objection to Plaintiff's Motion for Leave to Amend Complaint (Doc. No. 120). As noted in Defendants' initial memorandum in support of their objection (Doc. No. 121), at page 2, this Court issued a stay of the instant action on July 13, 2006 (Doc. No. 114), pending resolution of the certified question by the Rhode Island Supreme Court. Because the Supreme Court has yet to rule on the certified question, the stay has not yet been lifted and remains in full force and effect. In the absence of the lifting of the stay, Plaintiff's motion is procedurally improper. Although the fact that this action remains stayed is ample ground to deny Plaintiff's motion, Defendants continue to rely on the arguments forwarded in their initial memorandum (Doc. No. 121) in support of their objection to Plaintiff's motion. For the reasons stated, Defendants request that the Court DENY Plaintiff's Motion for Leave to Amend Complaint.

Respectfully submitted,
DEFENDANTS SOUTHERN UNION CO. and
NEW ENGLAND GAS CO.

By their Attorneys,
NIXON PEABODY LLP

/s/ Neal J. McNamara
Neal J. McNamara (#4249)
Matthew J. Frankel (#7293)
One Citizens Plaza, Suite 500
Providence, Rhode Island 02903
(401) 454-1000
(401) 454-1030 (Facsimile)
nmcnamara@nixonpeabody.com
mfrankel@nixonpeabody.com

Dated: May 3, 2007

CERTIFICATION

The undersigned hereby certifies that a true copy of the within document was served regular mail, postage prepaid, this 3d day of May, 2007 to:

Lynore Horn
88 Alger Avenue
East Greenwich, RI 02821

/s/ Neal J. McNamara