UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LYNORE HORN, Plaintiff, | : | |
| v. | : | C.A. No. 04-434-S |
| SOUTHERN UNION CO. & NEW ENGLAND GAS CO., Defendants. | : | |

**DEFENDANTS' MOTION TO LIFT STAY**
**AND SET DATE FOR FILING OF REPLY BRIEF**

Defendants Southern Union Co. and New England Gas Co. hereby move to lift the stay entered by this Court pending resolution of the certified question to the Rhode Island Supreme Court regarding the statute of limitations for employment discrimination actions under the Rhode Island Civil Rights Act ("RICRA"), R.I. Gen. Laws § 42-112-1 et seq. The Supreme Court issued its opinion in the case on Wednesday, June 27, 2007, thus making further proceedings in the underlying action appropriate. Further, Defendants request that the Court set Tuesday, July 31, 2007, as the date by which Defendants must file their Reply Brief in connection with summary judgment. In further support of this motion, Defendants submit the attached memorandum.

Respectfully submitted,

SOUTHERN UNION CO. and
NEW ENGLAND GAS CO.,

By their Attorneys,
NIXON PEABODY LLP

/s/ Neal J. McNamara
Neal J. McNamara (#4249)
Matthew J. Frankel (#7293)
One Citizens Plaza, Suite 500
Providence, Rhode Island 02903
(401) 454-1000
(401) 454-1030 (Facsimile)
nmcnamara@nixonpeabody.com
mfrankel@nixonpeabody.com

Dated: June 29, 2007

CERTIFICATION

The undersigned hereby certifies that a true copy of the within document was served via certified mail this 29th day of June, 2007 to:

Lynore Horn
88 Alger Avenue
East Greenwich, RI 02821

/s/ Neal J. McNamara

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LYNORE HORN, | : | |
| Plaintiff | : | |
| | : | |
| v. | : | C.A. No. 04-434-S |
| | : | |
| SOUTHERN UNION CO. & | : | |
| NEW ENGLAND GAS CO., | : | |
| Defendants. | : | |

**DEFENDANTS' MEMORANDUM IN SUPPORT OF**
**MOTION TO LIFT STAY AND SET DATE FOR FILING OF REPLY BRIEF**

Defendants have moved to lift the stay in this case and to set a July 31, 2007 date for the filing of Defendants' Reply Brief in connection with their motion for summary judgment. On Wednesday, June 27, 2007, the Rhode Island Supreme Court issued its opinion on the outstanding certified question, holding that the one-year statute of limitations contained in the Rhode Island Fair Employment Practices Act ("FEPA"), R.I. Gen. Laws § 28-5-1 et seq., applied to employment discrimination claims under RICRA. (The opinion is attached to this memorandum as Exhibit A.)

The Supreme Court's binding interpretation of RICRA's limitations period significantly affects the validity of most, if not all, of Plaintiff's claims in the instant case. Because Defendants' motion for summary judgment relies heavily, in part, on the statute of limitations governing Plaintiff's claims, Defendants respectfully request until July 31, 2007, to file a Reply Brief in connection with summary judgment that will clarify Defendants' arguments in light of the Supreme Court's recent decision.[1]

[1] In addition to requiring some time to analyze how the Supreme Court's decision applies to the numerous allegations in this case, Defendants note that their lead counsel, Attorney McNamara, will be on a family vacation from July 2 through July 16, and is court excused for that period.

Respectfully submitted,
SOUTHERN UNION CO. and
NEW ENGLAND GAS CO.,

By their Attorneys,
NIXON PEABODY LLP

/s/ Neal J. McNamara
Neal J. McNamara (#4249)
Matthew J. Frankel (#7293)
One Citizens Plaza, Suite 500
Providence, Rhode Island 02903
(401) 454-1000
(401) 454-1030 (Facsimile)
nmcnamara@nixonpeabody.com
mfrankel@nixonpeabody.com

Dated: June 29, 2007

CERTIFICATION

The undersigned hereby certifies that a true copy of the within document was served via certified mail this 29th day of June, 2007 to:

Lynore Horn
88 Alger Avenue
East Greenwich, RI 02821

/s/ Neal J. McNamara