UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LYNORE HORN

Plaintiff

V C.A.NO. 04-434-S

SOUITHERN UNION GAS CO
NEW ENGLAND GAS CO

**PLAINTIFFS' MOTION FOR FILING REPLY BRIEF**

The Supreme Court issued its opinion in the case on Wednesday, June 27, 2007 Yet the plaintiff did not receive written notice till July. After, Reading their opinion .

The Plaintiff Pro Se Lynore Horn request that the court set Tuesday, July 31, 2007, as the Date by which the Plaintiff must file her Reply Brief in connection with Opposition to Summary judgment . In Further support of this motion, Plaintiff's submit the attached Memorandum.

Respectfully submitted .
LYNORE HORN Pro Se
88 Alger Ave
East Greenwich RI. 02821

CERTIFICATION

The undersigned hereby certifies that a true copy of the with in document was served via Fax to: NIXON PEABODY LLP One Citizens Plaza RI 02903 (401) 454-1030

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LYNORE HORN

Plaintiff

v. C.A.NO. 04- 434 – S

SOUTHERN UNION GAS CO
NEW ENGLAND GAS CO
Defendants

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF A MOTION FOR FILING A SUPPLEMENTAL BRIEF**

Plaintiff's respectfully request until July 31, 2007, to file a reply brief in connection with Opposition to Summary judgment that would clarify the plaintiff's' position on continuing violation 'In light of the statute decided by the Supreme Court the plaintiff Must further her case on Continuing violation-Not a change in focus – but to accentuate Why the continuing violation should be addressed.

Respectfully submitted,

LYNORE HORN
88 Alger Ave
East Greenwich RI 02821

CERTIFICATION

Dated July 12, 2007 _The undersigned hereby certifies that a true copy of the document was served via certified mail this 12, of July To Nixon Peabody LLP ATT Neal McNamara: via fax: