UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LYNORE HORN,<br>Plaintiff,<br><br>v.<br><br>SOUTHERN UNION CO. &<br>NEW ENGLAND GAS CO.,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 04-434-S |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR FILING REPLY BRIEF**

Defendants Southern Union Co. and New England Gas Co. hereby submit this response to Plaintiff's motion for filing reply brief (Doc. No. 126). Defendants have no objection to Plaintiff filing an additional brief in light of the Supreme Court's decision on the certified question in this case. Defendants submit this response simply to clarify the briefing schedule.

On June 29, 2007, Defendants filed a motion to lift stay and set date for filing of reply brief (Doc. No. 124) in connection with their motion for summary judgment filed last summer. In that motion, Defendants sought a Tuesday, July 31, 2007 due date for filing their reply brief. If this date is adopted by the Court, Defendants propose that Plaintiff be allowed to file a sur-reply brief responding to the arguments raised in Defendants' reply brief on or before Tuesday, August 14, 2007. If the Court chooses a different day for the filing of Defendants' reply brief, Defendants propose that Plaintiff's brief be due two weeks thereafter.

Respectfully submitted,

SOUTHERN UNION CO. and
NEW ENGLAND GAS CO.,

By their Attorneys,
NIXON PEABODY LLP

/s/ Neal J. McNamara
Neal J. McNamara (#4249)
Matthew J. Frankel (#7293)
One Citizens Plaza, Suite 500
Providence, Rhode Island 02903
(401) 454-1000
(401) 454-1030 (Facsimile)
nmcnamara@nixonpeabody.com
mfrankel@nixonpeabody.com

Dated: July 16, 2007

CERTIFICATION

The undersigned hereby certifies that a true copy of the within document was served via certified mail this 16th day of July, 2007 to:

Lynore Horn
88 Alger Avenue
East Greenwich, RI 02821

/s/ Neal J. McNamara