UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LYNORE HORN
Plaintiff

V C.A. 04-434-S

SOUTHERN UNION GAS CO
NEW ENGLAND GAS COMPANY
Defendant

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME FOR OPPOSION TO SUMMARY JUDGEMENT: REPLY BRIEF**

The Defendants reply Brief was due on July31; 2007.The Plaintiff Pro Se received the document on Aug 2, 2007. The courts have determined the Plaintiff Pro Se Sur- reply is due by August 14, 2007

The plaintiff is requesting this court to allow a Two – week time extension. Allowing the Brief to be filed on or before August 28, 2007. The Primary reason for this extension is my health issues and the very short time period is unreasonable knowing that I have no staff – no clerical and must use some for research time.

The defendants and the court are not prejudiced in any way by giving the extension. With the courts knowledge that Attorney McNamara is taking a family vacation during that time. Please except the August 28, 2007 as the new deadline.

Thank you Pro Se
Lynore Horn

CERTIFICATE OF SERVICE

I, the undersigned have sent a True and accurate copy to: Nixon &Peabody
Att Neil McNamara – One Citizens plaza Suite 500 _ Providence RI 02903