UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LYNORE HORN
Plaintiff

V 04- 434 S

SOUTHERN UNION GAS C OMPANY
NEW ENGLAND GAS COMPANY
Defendant

**PLAINTIFF"S MOTION FOR SACTIONS AND DEFAUIT**

Now comes the Plaintiff, Lynore Horn Pro Se who files this motion to default the Defendants "Southern Union Gas "for Sanctions or other relief. On the grounds that the Defendants purposely mislead the court and the plaintiff.

Respectfully Submitted
Plaintiff Pro Se
Lynore Horn

Dated March 10, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that the forgoing document was served on Nixon Peabody: Neal McNamara One Citizens Plaza Suite 500 Providence RI 02903, via regular mail

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LYNORE HORN
Plaintiff

V 04- 434 S

SOUTHERN UNION GAS C OMPANY
NEW ENGLAND GAS COMPANY
Defendant

**PLAINTIFF"S MEM ORANDUM IN SUPPORT OF MOTION FOR SANCTIONS AND DEFAUT**

Now comes the Plaintiff, Lynore Horn Pro Se who files this motion to default the Defendants "Southern Union Gas "for Sanctions or other relief. On the grounds that the Defendants purposely mislead the court and the plaintiff.

In an INTERROGATORY No 5 of case 04-434S He answered that guns in the garage could not be substantiated, during a deposition in case number 07-142S Another suit against Southern Union Gas. Don Brown during the deposition stated he told Bud Butler of Rifles in the Garage. A Rifle is a gun, just as a Machine gun or a hand gun. The lies of Henry Butler should be dealt with: The Company is falsifying paperwork and perjuring themselves : Attached Interrogatory 5 and Deposition Don Brown Pages 6-7-8-9-. I plead that this court recognizes this as perjury .

Respectfully Submitted
Plaintiff Pro Se

Lynore Horn

Dated March 10, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that the forgoing document was served on Nixon Peabody: Neal McNamara One Citizens Plaza Suite 500 Providence RI 02903, via regular mail