# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LYNORE HORN, | : | |
| Plaintiff, | : | |
| | : | |
| VS. | : | C.A. No. 07-142-S |
| | : | |
| SOUTHERN UNION GAS CO., and | : | |
| NEW ENGLAND GAS COMPANY, | : | |
| Defendants. | : | |

DEPOSITION OF DON BROWN, a Witness in the above-entitled cause, taken on behalf of the Plaintiff, before Melanie M. Chace, RPR, Notary Public in and for the State of Rhode Island at the offices of ALLIED COURT REPORTERS, 115 Phenix Avenue, Cranston, Rhode Island, on February 26, 2008, at 11:00 a.m.

PRESENT:

FOR THE PLAINTIFF..........LYNORE HORN, pro se

FOR THE DEFENDANTS.........NIXON PEABODY
BY: NEAL J. McNAMARA, Esq.

supervisor?
A. I was responsible for the entire facilities, of the security of the building, the boilers, and responsible for the two people staffed, and facilities maintenance, who cleaned the facility, that was you and Tony, was one of them, Cesar Maccione was one at the time. And the overseer position was just to make sure that you were there performing your duties, and if you had any questions you were to come to me. But your direct reporter was Ed Buldoc, to my understanding.
Q. Do you ever remember the name Kenny Butterworth?
A. Yes.
Q. Did you ever feel that you were overseer of Kenny Butterworth?
A. Yes.
Q. Did you ever see or hear that Kenny Butterworth had a gun in his bag when he arrived to work?
A. No.
Q. Were you ever in fear of Kenny Butterworth?
MR. McNAMARA: Objection.
A. No.
Q. What did Ed Buldoc give you as an impression of me when I first came there, did he give you any impression?
A. I don't remember Ed Buldoc mentioning anything pertaining to you as -- other than you were coming to



work there, you and somebody else, I believe from downtown, or you were filling a position. It's vague. I just don't remember. I know that you came to Dexter Street as the second floor facilities cleaner on that shift.
Q. When did the gun policy take place?
A. I don't remember.
Q. Do you remember why they put a gun policy in place?
A. No, I don't.
Q. Did you ever hear anything about why they put it in place?
A. I did not.
Q. In 1994, were you a supervisor of the garage, nights?
A. For a period of 1994, I believe I did the transition '94, '95, to the stockroom. I'm not sure which month I left.
Q. Did, at any time in 1994, 1995, did anyone come to you about an investigation of a gun being held to my head in the garage?
A. Not that I remember.
Q. Did Bud Butler, Fred Straight or Bob Ringman ever approach you about knowledge of a gun being held to my head?
A. Not that I remember.
Q. Did they ask you if there were guns in the garage?



A. Yes.
Q. When did they ask you?
A. I'm not sure of the year or date, but they asked, I believe it was Bud Butler asked if there were weapons in the garage. And at that time I mentioned to him that some of the gentlemen, the mechanics were avid hunters and gun collectors, and if they were out hunting during the course of the day, they did not have time to go home, they asked if they could bring their rifles into my office, unloaded, secured, because of problems with break-ins in private and company vehicles. I allowed that. At that time, there was no gun policy in place at the company. Not sure which year we're talking about, and they would take them out at the end of the night.
Q. Was Mike Rose one of the people that would ask you to do that, to put a gun into the room and keep it safe?
A. Yes. These were strictly rifles.
Q. Did you ever hear that Al Dionne -- is Al Dionne an employee of the gas company, first of all?
A. Yes.
Q. Did you ever hear that he had a gun license, a license to sell guns?
A. Yes.
Q. Did you ever hear that he was selling guns on the gas



company property?
A. I don't remember.
Q. You never heard or saw him sell a gun?
A. No.
Q. Do you know the name Mary Joe Hare?
A. Yes.
Q. Is she an employee of the gas company?
A. She was.
Q. Did you work with her?
A. Yes.
Q. Mary Joe Hare stated at one time that she had spoken with you, and you said you wouldn't be surprised if every customer service truck had a gun in it. So I'm asking you today, do you feel that is something that you said?
MR. McNAMARA: Objection.
A. No.
Q. You did not feel it, do you feel you spoke at all about guns with Mary Joe Hare?
A. No.
Q. Did you say anything that would even be close to that, about guns being in personal vehicles of people, with her?
MR. McNAMARA: Objection.
Q. To the best of your knowledge, did you ever speak with