UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LYNORE HORN

v. C.A. No. 04-434S

SOUTHERN UNION GAS CO
NEW ENGLAND GAS CO.

NOTICE OF APPEAL

Now here comes the plaintiff that files a notice of Appeal in the above named case ,on the recommendation by United States Magistrate Judge Lincoln Almond rendered on May 21,2008 . Wherein the cause was decided adversely to the plaintiff and in favor of the Defendant . This Plaintiff Pro se, Lynore Horn asks the court to look at specific objections and allow a review by the District Court .

When deciding a motion for Summary judgment , the court must review the evidence in the light most favorable to the non moving party and draw all reasonable inferences in the non moving party's favor. Cadle Co .v Hayes, 116F.3d 957,959(1st Cir. !997 ) The Plaintiff requests the court to look at the pattern of continuing discriminatory unlawful employment practices .

Rules in this court are a formality construed to obtain justice. They may carry the force of the law – Yet they do not prevent the trail judge from exercising discretion . In this case the Disputed facts were argued in front of the judge – These are my pleadings. In case #07-142S Lynore Horn v Southern Union , the Judge allowed the Statement of disputed facts to be redone in 10 days with further clarification from this understanding Judge: knowing his authority :yet being impartial ,deciding this case on reason and justice not secretarial skills .The dismissing of this case #04-434S was not on the merits but on format .

This plaintiff was in imminent danger of bodily harm at the hands of another.The prior bad acts show a pattern that the company ignored their obligations . The laws have been around for a long time . Unlike Rules of the court – Used to guide the court . Laws are to be followed, if not- punishment should be noted . Employers who behave in a consistently discriminatory manner ought to be held accountable for that conduct. The facts are material facts in dispute and should be determined by a fact finder. There are disputed facts and they are all interrelated – they follow the same source.

The Rhode Island Supreme Court In Ward held that a police officer suffered irreparable harm when she was removed from a current promotion list ….Another court has found a hostile environment based largely on "Caricatures of naked men and woman, animals with human genitalia" – Vagueness in the law as to what is severe, pervasive, hostile and abusive is affecting *the judgment of a fair trail of my peers in this case.* When the evidence is judged it must *not be applied* by the standards of one judge. We must see justice by how we might expect it to be applied by a variety of fact finders in our judicial system .

An employer who sits back and does nothing while harassment recurs , such an employer does not deserve statute of limitations protection. How can they hide behind the statement that the course of action is to lengthy: Outdated?

**Claims and Defenses**

Hostile work environment sexual harassment in violation of RICRA
Hostile work environment sexual harassment under FEPA

As you walk into the Rhode Island courts every one is asked to go through a metal detector and leave their cell phones and guns behind. You hide behind the privilege of a safe working environment. After your decisions are rendered you can walk safely through your job area. Why is this plaintiff after telling the Vice president of Human Resources that she, the plaintiff, about the abuse at work, the talk of dragging of a black man, all taped being accorded less protection than that expected by the court judicial system themselves? Why would you think the plaintiff should need any less protection

then the court magistrates? Is a gun at work Hostile … ? The Judicial System seems to think so . The defendants conduct was intentional , outrageously and extremely reckless ,. Opinion of the court : **REPORT AND RECOMMENDATION** Page 25 " Yet , even viewing all of the evidence in a light most favorable to plaintiff , there is no trail worthy issue on her hostile environment claim related to leak survey . While her allegations portray a work atmosphere that was unpleasant for plaintiff , they simply do not rise to the level of a hostile work environment "

Plaintiff's objection : The plaintiff has offered evidence to permit a reasonable jury to find that the harassment during the relevant period was sufficiently severe or pervasive to alter the conditions of her employment , this created an abusive working environment **See** page 5 Plaintiffs memorandum in reply to defendant's summary Judgment – see #23 #17 Affidavit by Plaintiff

How can a gun at work : Held so the plaintiff could see it : Be just an unpleasant work place. Knowing in 1994 a gun was held to her head in the same building , the same company , and that the sale of weapons occurred at this location with managements knowledge. That executives walked the floors of Dexter street carrying a gun .In 2001-2004 An executive of the gas company " Frank Devlin "carried a gun every day .

Even in defendants statement of disputed facts : #60 : A gun at work is mentioned . Prior to that threatened by the same employee just weeks earlier. In #50 (Disputed facts ) The company allowed constant physical features described in ,full detail : The boss and coworker discussing the black man being dragged : and singing about abuse : killing people . Even if this court ignores the mountain of evidence presented by the Plaintiff the defendants themselves have depicted an abusive hostile environment for this court .

Weapons can be many things , not just a gun . The plaintiff was shoved into a table by her boss – The chair had wheels But the force of the table against the plaintiff's rib cage. The chair was a weapon . A pen being stabbed into her check bone; the pen was a weapon . In court during an oral argument :a hearing held October 12,2007 summary

judgment the plaintiff read her pleadings , to Justice Lincoln Almond that she was in fear of her life , That the plaintiff was told she would be dead in six months; she continued to describe the abuse as being so bad that ( At the direction of Attorney McNamara )called Holland and Knight begging to speak to Attorney McNamara . He would not take the call. On the plaintiffs last day of work *she again saw a gun* – she left hardly breathing and in fear of her life .This court cannot be blind to the cancer that continues to grow .

Disparate Treatment under the ( " FEPA")
Disparate Treatment under the ( RICRA )

Opinion of the court : I find there are no genuine issues of material fact presented

Plaintiffs objection : The Plaintiff was subject to discrimination in the terms and condition of her employment on the basis of her gender . Sexual harassment was taken less seriously then complaints generated by male employees : In 2004 after speaking to the Vice President of Human Resources about harassment : sexual : abuse : hostile environment : Not once did a meeting : or a phone call or were any changes given : Even after the company was given direct knowledge of abuse by the plaintiff's doctor in February of 2004 : The company ignored the plaintiff – refused to answer calls : or notes about continued abuses. With men it was immediate change of job :Immediate remedy . . As in 2005 : Ron Ucchi a Drunk in a company vehicle given an immediate change of job .( section 21# Affidavit by Plaintiff )

Sexually based Emails : Computer pornography were shown to be excepted because a supervisor sent them , The plaintiff went to the union and management : But failure to investigate any sexual harassment complaint admitted by a woman was the norm (see Plaintiffs reply to Defendants summary judgment :Sexual Objectively offensive : .sexual film clips on computer : computer emails from 1998-2004 ) also **See #4- #16 -#17** Affidavit by plaintiff

Unsafe working conditions : The Plaintiff's working conditions were altered : because she complained of the name calling ; physical and sexual abuse. A seniority based system gave males , senior the choice of routes and trucks : till a woman reached senior then , the seniority meant nothing..In this case the truck given to the plaintiff was an old customer service van . *The plaintiff being senior* ( #54 undisputed facts by Defendants) after the original people in the department. Instead the boss chose a man lower in seniority Claiming the plaintiff had no customer service **( See** In disputed facts #56 :Line 4 : Says the plaintiff did not have experience- then on line 8 of 56 # *It says the truth* The plaintiff had 5 ½ month of customer service )

The Plaintiff was told regularly because she was driving an old customer service truck : that mercury ; would give her retarded children – No man was ever told he would have retarded children and no man in leak survey was driving an old customer service truck . Just woman (. Page 17 and page differential Treatment , Men v Woman , Reply to defendants summary Judgment )

Overtime :In the last 4 years( 2000-2004 ) the plaintiff was always lowest on overtime : even in a department with one other worker , a male – with a sever drinking problem . Every time union grievances were established with no positive outcome : In a male dominated department : seniority is equaled out .( Located : Differential treatment Men v Woman : Plaintiff's reply to Defendants Summary Judgment )

Unfair job advances When the plaintiff signed for union jobs in 2004 and they came available to the plaintiff ,. Men were not tested – women were :Men were given 30 days to try the job : woman were not . .After getting a lawyer, the plaintiff and the other woman who were suing for harassment – these woman got treated even worse. Woman did not get a 30 day trail - Men who have sued never got changes in their job .( Listed in 2004 retaliation – In Plaintiffs reply to Defendants summary Judgment )

Construction and maintenance had a trail period during 2002 : for the plaintiff but in 2003 and 2004 the plaintiff worked in that dept .The plaintiff does not complain about the work : she was in leak survey and told to go to C&M when they were shorthanded . N o man was ever told to go to C&M – just the plaintiff a woman . The public display of playboy magazines in the truck : the urinating in public behind trees and urinating at the side of a company truck . The company had knowledge that the plaintiff was working with a crew : The company provided bags for men to pee in – But woman : had to endure unsafe : sexual environment , Men did not ; woman urinated only during breaks in a bathroom – and no male discriminating magazines were allowed or provided. ( Disputed facts #1 , #4 ,#15 )

The opinion of the court : in Report and Recommendations on page 18 The court states the C&M department is time barred, due to the fact the plaintiff only had training in 2002 : In the same document Page 12 The court says the *correct statement* : From approximately November through March of *each* year , leak survey employees ( only the plaintiff ) could be temporarily assigned to C&M as laborers, as needed

## Intentional infliction of emotional distress

The plaintiff can show the New England gas company was negligent because they knew of the hostility : and harassment yet failed to take prompt action to stop it . To prevail on a claim for intentional infliction of emotional distress, the plaintiff has shown extreme and outrageous conduct on the part of the defendant . Guns , Violence , telling her, she will be dead in six months : telling the plaintiff ,she will have retarded children because of mercury in your vehicle ; Saying you should "Be with your own kind" placing her with a black man because the plaintiff told the boss *black* abusive talk bothers her

## Continuing violations

The plaintiff reported significant threats to her life ; Changing work sites : or different buildings may mean something if the plaintiff worked at General motors which spans for miles : but this plaintiff worked in the same building . The man who sold the guns worked in Customer service located in the Dexter street location : Guns were sold in the

Dexter street garage: The plaintiff had *a gun pointed at her head in the garage* The vice president in 2003 – 2004 walked the second floor of Dexter street *with a gun* .This plaintiff changed jobs : but the same school of fish .The gun dealer and his accomplices were in that same building .

In National Railroad Passenger Corp v Morgan No 00-1614 ( June 11 2002 ) A hotly contested legal issue had numerous conflicting viewpoints :Can an employee recover damages for discriminatory /harassing acts that occurred outside of the statutory time limit ? Employees can still utilize these prior untimely acts as "Background evidence " to bolster their timely claims . The court held that hostile –environment claims are different because they are comprised of a series of separate , isolated acts that collectively constitute one – Unlawful practice .

This is not a car accident : my proof is in my pleadings , my facts , my affidavit, .There are disputed facts but they are all interrelated . Harassment is injury to a person : It is harmful , criminal . It is a sign of hatred. Hostility is a sign of non-acceptance .

<u>LR Cv 56 MOTIONS FOR SUMMARY JUDGMENT</u>

Undisputed facts And Disputed facts :

The court is required to consider all the evidence set forth in the papers, except where objections are properly sustained and all inferences reasonably deducible from such evidence . *Any doubts* as to the propriety of granting the motion must be resolved in favor of the party opposing the motion. ( Asare v Hartford Fire Ins . Co.(1991 ) 1 Cal. App.4th 856, 862 )

Statement of Undisputed facts : The plaintiff Pro se did not object to the Undisputed facts by the Defendant. Yet felt he did nothing than state the history of the employee and history of the gas company .The Defendant's attorney is very talented at picking out only one sentence, only a word and then not telling All of the facts :There was no dispute the attorney just did not say enough about the actual harassment : guns : alcoholic abuse : physical violence. He just left that out . . So the plaintiff Wrote a statement of disputed facts In Opposition .

The disputed facts are separate paragraphs : numbered with evidence proving each : with labels : and paragraphs explaining each .

This plaintiff went to a Few attorneys that will talk to a prose to ask for advice: but most Attorneys have not reached Summary Judgment: Most settle before . I was told by many "you never want to leave it up to the court "So they had no examples; This pro se does not ask for special treatment just to be treated the same as you have with the defendants in this case.

**Equal treatment for Pro Se**

In this case CA. No 04-434S

Withdraw of Attorney: The plaintiff asked for the withdrawal of the Defendants attorney. After a phone call, (by an attorney) stating that my Attorney (who had withdrawn)was speaking to the defendants attorney about my case. I was told it was 3 separate calls: That the mention of controlling attorney Neil McNamara because they are good friends – And that she was going to ruin my case.

The judgment that day was:

1) That the case was to far along

2) that it would take the defendants to much time to get another law firm up to speed

*So the judgment was denied* Could the judge have notified the bar of misconduct ? As a member of the Bar Association in good standing himself, the judge should have filed formal complaint about attorney Neil McNamara's conduct. Alternatively the judge should at a minimum have given a stern written warning with appropriate sanctions. The favoritism offered attorney Neil McNamara only stood as evidence of proof to both attorney's that they could and did get away with misconduct.

Certificate of service

A section of a pleading or motion filed with the court :whereby the party filing the pleading or motion certifies to the court that a copy has been sent to the opposing party Signing this declares that you have followed the rules of the court .The plaintiff sent a letter to the court saying that documents are not being sent . Nixon Peabody Secretary's

and attorney assistants claim they are not allowed to mail any thing certified with out approval from a lawyer for *this is such a high expense*, even after the plaintiff called with No document in her possession after 10 days .

On one instance the defendants paid the pro se $100 for driving to Providence parking : walking to the court and coping a document approximately 15-20 pages and returning home . Again Pro Se never received it and the court turned a blinds eye to the constant neglect .Certificate of service means nothing ,if it is signed by someone at Nixon and Peabody . Is this Federal rules of civil procedure Only important for some ?

The pro se hand delivered to the first floor security at One Financial Plaza or sent by certified mail , regular mail on some occasions . The Pro se never moved, had the same address for 4 years , lives 5 blocks from the defendants lawyer . He could have tossed it from his car driving by and delivery would have been more timely received .Fed R Civ. P .5 (d) ..

Perjury : To lie openly in an Interrogatory statement signed . To have in possession proof that Bud Butler lied : was brought to the courts attention . Time should not be of question Is this fraud , a mistake, malice, intent to deceive : The court denied this claim and failed to appreciate the significance of the evidence given .

Help with Summary Judgment :

On case # 07-142S The plaintiff's copy of the Defendants Summary judgment arrived late and damaged : so the pro se called and was told by a clerk at Nixon and Peabody that the court notified them that the summary judgment had the wrong case # on it – must be fixed and returned – another copy was sent to the plaintiff pro se .

Its nice that the court takes the time to notify a major law firm that they made an error : again when the pro se dropped off the Opposition to Summary judgment memorandum and disputed facts : they could have given the prose the same respect.

If they had given the plaintiff two minutes of "You wrote the disputed facts , they are numbered and paragraph but you never mentioned where the evidence is : the judge needs help ; like See section (a )It would have taken a day to fix the questions and add

appropriate markings . But the defendants were allotted extra time : and help from the court : ..

**Conclusion :**

There has always been rules and federal guidelines to follow – But the court chooses how strict to be. What is significant , What is just a mistake .

"Courts must be cautious about granting summary judgment to an employer when , as here , an intent is at issue "Gallo v Prudential residential services 22 f 3 d 1219 ( 2nd circuit 1995)

Intent is apparent in this case . Violence is apparent , The frequency of the conduct and severity – Even the defendants admit a gun was seen at New England gas company Dexter street location In leak survey . In 2004 .

If you were bitten by a shark would you get back into a pool of sharks ?

This plaintiff Pro se asks this court to set aside the ruling given ; also to reconsider the facts of this case ; Local rules can be amended , rules have changed as in *Attachment :1* : In Re : Local Rules –Order ) In April of 2008 Judge William Smith changed the local rules *They are not set in stone* ! .

Please decide this case on facts and merit .

Summary Judgment on such issues is not appropriate , where a highly complex issue (involving constructive discharge and the existence of a tangible employment action ) are involved , and the stated facts are at great variance .

Clearly places credibility determinations with in the province of the fact finder

Respectfully Submitted ,

Plaintiff Pro Se : Lynore Horn

88 Alger Ave East Greenwich RI 02821

## CERTIFICATION

The undersigned certifies that a true copy of the with in document was served via Hand delivery . on this day June 5, 2008: To Attorney Neal McNamara One Citizens Plaza Suite 500 Providence ,Rhode Island 02903

Pro Se