UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE: LOCAL RULES Misc. 7673

ORDER

Pursuant to the provisions of LR Gen 113(d), the Court hereby adopts the following amendments to its Local Rules, effective immediately. These amendments shall be submitted for public comment during the next regular amendment cycle.

LR Cv 56(a)(1) is amended to require the Statement of Undisputed Facts be filed as a separate document. Amended LR Cv 56(a)(1) now reads:

> "In addition to the memorandum of law required by LR Cv 7, a motion for summary judgment shall be accompanied by a separate Statement of Undisputed Facts that concisely sets forth all facts that the movant contends are undisputed and entitle the movant to judgment as a matter of law."

LR Cv 56(a)(4) is amended to require an objecting party to file a Statement of Undisputed Facts as a separate document along with their objection to the motion for summary judgment. Amended LR Cv 56(a)(4) now reads:

> "An objecting party shall also file a Statement of Undisputed Facts setting forth additional undisputed facts that the objecting party contends preclude summary judgment. Such statement shall be prepared in accordance with the requirements of paragraph (a)(2)."

IT IS SO ORDERED,

Mary M. Lisi
Mary M. Lisi
Chief Judge

W.E.S.
William E. Smith
U.S. District Judge

Ronald R. Lagueux
Ronald R. Lagueux
Senior U.S. District Judge

Ernest C. Torres
Ernest C. Torres
Senior U.S. District Judge

Date: April 10, 2008