UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Lynore I. Horn
Plaintiff

v. C.A. No. 04-434S

Southern Union Company and
New England Gas Company
Defendant

**ORDER**

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on May 21, 2008, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's objection to the Magistrate Judge's Report and Recommendation is DENIED and Defendant's Motion for Summary Judgment as to all claims is GRANTED.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 6/17/08