**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JUDGMENT IN A CIVIL CASE**

**Lynore I. Horn**
**Plaintiff**

**V.**

**Case Number: C.A. 04-434S**

**Southern Union Company and**
**New England Gas Company**
**Defendant**

**Jury Verdict.**

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the Defendants, Southern Union Company and New England Gas Company against the Plaintiff, Lynore I. Horn pursuant to the Court's Order dated June 17, 2008 granting Defendant's Motion for Summary Judgement as to all claims.**

**BY ORDER:**

**June 18, 2008**
**Date**

**Deputy Clerk**